UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

TAQUAN GULLETT

          VS                          CASE NO. 4:17-CV-532

CRAIG COIL ET. AL.

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: __ Fine, __ Restitution, X Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By:       Taquan Gullett #62013-018        (Payee)
Address:  FCI Coleman
          PO Box 1033
          Coleman, FL 33521

Receipt Number   4-32851 & 4-32912    Date of Receipt   11/28/17 & 12/05/17

Motion: N/A

Explanation: On November 28, 2017 the Clerk's Office received $5.00 for the habeas filing fee for Petitioner, Taquan Gullett. On December 5, 2017 the Clerk's Office received another $5.00 payment from Taquan Gullett. Requesting authorization to refund the second payment of $5.00 to Taquan Gullett's prison account.

JESSICA J. LYUBLANOVITS, Clerk of Court

Prepared by:      *s/Philip Detweiler*
                  Philip Detweiler, Financial Specialist        Date:   December 8, 2017

Referred by: Donna Bajzik, Deputy Clerk

## ORDER OF COURT

It is ORDERED this 8th day of December, 2017, that the Clerk refund the identified funds to the payee.

APPROVED      XX

DENIED _____                    */s/ Charles J. Kahn, Jr.*
                                           CHARLES J. KAHN, JR
                                           UNITED STATES MAGISTRATE JUDGE

Adopted: 12/03/99