UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

| | |
|---|---|
| Gullett, Taquan; Son, On Behalf of Mother: Hephzibah, Syteria, In Propria Persona, Claimant, Affiant. V. Coil, Craig; personal private capacity, Campbell, Joetta; personal private capacity, Anderson, Irish; personal private capacity, Donar, Cedric; personal private capacity, Dempsey, Angela Cote; personal private capacity, Hassler, Sara; personal private capacity, Marshall, Gwen; personal private capacity, Watson, Kim Lee; personal private capacity, Haskett, James; personal private capacity, Sheridan, Patrick; personal private capacity, Loesch, Sheryl; personal private capacity, Hammer, Michael; personal private capacity, Knox, Penelope; personal private capacity, Corsmeier, Arnold B.; personal private capacity, Muldrow, W. Stephen; personal private capacity, Richardson, Monte C.; personal private capacity, Klindt, James R.; personal private capacity, Corrigan, Timothy J.; personal private capacity, Howard, Marcia Morales; personal private capacity, Respondent(s). | Claim Number: 4:17-cv-00532-WS-CJK<br>7017 0530 0001 1315 0147<br><br>**LETTER ROGATORY**<br><br>LETTER OF REQUEST TO SERVE RESPONDENT(S)<br><br>In accord with the provisions of:<br><br>**Hague Conventions**<br><br>[ 28 U.S.C. §§ 2241-2243, 2246 et seq. ]<br>[ 18 U.S.C. Chapter 7 § 112 ]<br>[ 42 U.S.C. §§ 1987, 1988, 1989, 1990, 1991, 1992 ]<br><br>[ Fed. R. Civ. P. 4(b), 4(c)(3), 33, 28(b) ]<br>[ 22 C.F.R. §§ 92.54, 92.66(a) ]<br><br>" Natural Equity Claim "<br>CONTRACT UNDER SEAL<br> |

1 of 5

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION:

In accord with the provisions of the Hague Conventions, [28 U.S.C §§ 2241-2243, 2246 et seq.; 18 U.S.C. Chapter 7 §112; 42 U.S.C. §§ 1987, 1988, 1989, 1990, 1991, 1992; Federal Rules of Civil Procedure 4(b), 4(c)(3), 33, and 28(b); and Code of Federal Regulations §§ 92.54 and 92.66(a)], you are respectfully requested to serve this Affidavit for Habeas Corpus - Interrogatories directed to each Respondent(s) to this action at the mailing locations listed below by a U.S. Marshal or some other person specially appointed for the purpose. An original and three (3) original-copies are included herewith:

1. Coil, Craig; 501 Capital Circle, NE, Tallahassee, Florida 32301-3558
2. Campbell, Joetta; 501 Capital Circle, NE, Tallahassee, Florida 32301-3558
3. Dempsey, Angela Cote; 301 S. Monroe Street, Tallahassee, Florida 32301
4. Hassler, Sara; 301 S. Monroe Street, Tallahassee, Florida 32301
5. Marshall, Gwen; 301 S. Monroe Street, Tallahassee, Florida 32301
6. Watson, Kim Lee; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
7. Haskett, James; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
8. Sheridan, Patrick; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
9. Loesch, Sheryl; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
10. Hammer, Michael; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
11. Knox, Penelope; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
12. Anderson, Irish; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
13. Donar, Cedric; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202

14. Corsmeier, Arnold B.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
15. Muldrow, W. Stephen; 801 North Florida Avenue, 2nd Floor, Tampa, Florida 33602
16. Richardson, Monte C.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
17. Klindt, James R.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
18. Corrigan, Timothy J.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
19. Howard, Marcia Morales; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202

In accord with the Hague Convention Article 1, this Affidavit For Habeas Corpus - Interrogatories may be used to secure evidence from Respondent(s) through the compulsary powers of the court. The District Courts inherently have the authority to issue Letters Rogatory in both civil and criminal cases [see United States v. Jefferson, 594 F. Supp. 2d 655, 676 (E.D. Va. 2009)]. Affiant does not need to establish that the taking of evidence by any other manner than written interrogatories (deposition) is impractical or inconvenient [see Fed.R.Civ.P. 28(b)(2)(B); 22 C.F.R. §92.66(a)].

Affiant also respectfully requests that you file-stamp Affiant's Original and Hephzibah, Syteria's Original; write the case number upon it; and return them to Affiant and Hephzibah, Syteria in the Self-Addressed Pre-Paid Stamped envelopes provided. Affiant further respectfully requests that you return Proof of Service; Answers/Responses; and all other Court Documents pertaining to this matter; to Affiant and Hephzibah, Syteria at the mailing locations listed in the signature line below.

<u>NOTICE AND OPPORTUNITY</u>: Failure to conduct yourself as required by law may incur a civil and criminal liability for all resulting damages [see 42 U.S.C. §1986; 18 U.S.C. §1512 - for altering, destroying, mutilating, or concealing a record, document, or other object, or attempt, or obstructs, impedes, influences, an official proceeding]. Thank you for your respectfully requested service and honorable discharge of your official duty as required by law.

In Honor.

## Commercial Verification

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, <u>A</u>utochthonous <u>A</u>merican <u>M</u>oor <u>A</u>lien (Friend) <u>R</u>epublican <u>U</u>niversal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity; do hereby declare and affirm under the penalty of perjury under the universal law of Our Most High Divine Source of the Force Universal Father Allah, and under the laws of the United States, that the foregoing is true, correct, certain, complete to the best of my own first-hand personal knowledge, not misleading, admissible as evidence, and in accord with the righteous upright moral integrity of my honorable intent, and if called upon to offer rhetoric and testify as to the veracity of the evidence herein proffered and preferred, I shall so state.

This affidavit is dated on or about the <u>Seventeenth</u> day of the <u>Twelfth</u> month in the Moorish Calendar Year (M.C.Y.) of Our Most High Divine Source of the Force Universal Father Allah Fourteen Hundred Thirty Seven (1437) [Gregorian Calendar Year (G.C.Y.) 2017- December, <u>17</u>]

### Witness My Hand and Seal:

Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Mother; AAMARU Religious Consul Association
[P.O.W. # 62013-018 - Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida 33521-1033]
Highly Favored Shekinah Syteria Hephzibah El, <u>A</u>utochthonous <u>A</u>merican <u>M</u>oor <u>A</u>lien (Friend) <u>R</u>epublican <u>U</u>niversal Government [AAMARU] Religious Consul Association

Prisoner of War for National Liberation from Colonialism; [P.O.W.# 61975-018]
Unlawfully Detained and Falsely Imprisoned at:
FCI Tallahassee, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida 32301

5 of 5



Taqoan Gillett
(P.D.W. #62013-018)
Federal Correctional Complex USP A
P.O. Box 1033
Coleman, Florida [33521-1033]

CHECKED
DEC -2 2017

Clerk of Court
United States District Court Northern Florida Tallahassee Division
United States Courthouse Annex
111 North Adams Street, 3rd Floor
Tallahassee, Florida [32301]

7017 0530 0001 1315 0147