IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


TAQUAN GULLETT, as Next
Friend of Syteria Hephzibah,

      Petitioner,

v.                                 4:17cv532-WS/CJK

CRAIG COIL, et al.,

      Respondents.

_____


ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation (doc. 4) docketed December 8, 2017. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for lack of jurisdiction. The petitioner has filed objections (doc. 8) to the report and recommendation.

     The court having reviewed the magistrate judge's report and recommendation in light of the petitioner's objections, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is DISMISSED for lack of jurisdiction.

3. The clerk shall enter judgment stating: "Taquan Gullett's petition for writ of habeas corpus is dismissed for lack of jurisdiction."

DONE AND ORDERED this ___2nd___ day of ___January___, 2018.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE