UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAQUAN GULLETT,

    VS                                                                             CASE NO.  4:17cv532-WS/CJK

CRAIG COIL, et al.,

**JUDGMENT**

Taquan Gullett's petition for writ of habeas corpus is dismissed for lack of jurisdiction.

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

January 2, 2018                              s/Tiffinie Larkins
DATE                                             Deputy Clerk: Tiffinie Larkins