
Clerk's Original

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION
11th Circuit Appeal Number: _____

Gullett, Taquan; Son, On Behalf of Mother:
Hephzibah, Syteria;
In Propria Persona, Claimant, Affiant.

V.

Coil, Craig; personal private capacity,
Campbell, Joetta; personal private capacity,
Anderson, Irish; personal private capacity,
Dempsey, Angela Cote; personal private capacity,
Hassler, Sara; personal private capacity,
Marshall, Gwen; personal private capacity,
Watson, Kim Lee; personal private capacity,
Haskett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Loesch, Sheryl; personal private capacity,
Hammer, Michael; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B.; personal private capacity,
Muldrow, W. Stephen; personal private capacity,
Richardson, Monte C.; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Howard, Marcia Morales; personal private capacity,

Respondent(s).

Claim Number: 4:17-cv-00532-WS-CJK

AFFIDAVIT FOR STAY OF EXECUTION AND
ENFORCEMENT OF JUDGMENT PENDING
APPEAL AND CERTIORARI

7002 2030 0006 9991 5205

In accord with:
- Universal Declaration of Human Rights (1948)
- U.N. Declaration on the Rights of Indigenous Peoples (2007)
- United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960

- Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 §112]

- Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto

- Treaty of Peace and Friendship (1787) and
- United states for America Organic Constitution (1787) Article One Section Nine and Amendments 1-10 codified at:

[ 28 U.S.C. §§2241-2243, 2246 et seq. ]

[ Fed. R. Civ. P. 62; Fed. R. App. P. 8 ]

Rome Statute

"
Habeas Corpus
Natural Equity Claim
CONTRACT UNDER SEAL
"

NOTICE TO AGENT IS NOTICE TO PRINCIPAL/ NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

1. On the record and for the record, present is Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria-Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court SYTERIA LAWRENCE ESTATE NOTICE OF TRUST/TAQUAN GULLETT ESTATE NOTICE OF TRUST #'s 17-CP-1286/1287; SYTERIA LAWRENCE ESTATE CAVEAT/TAQUAN GULLETT ESTATE CAVEAT #'s 17-CP-1020/1025; SYTERIA LAWRENCE ESTATE Personal Replevin Claim/TAQUAN GULLETT ESTATE Personal Replevin Claim #'s 17-CA-2142/2144].

2. Affiant does rise and give honors and recognition to the Holy Qur'an, Holy Koran Circle Seven, Zodiac Constitution AA222141(A1-Truth), Old Testament, New Testament, Great Law of Peace, Treaty of Peace and Friendship (1787), united states for America Organic Constitution (1787), Madrid Convention for Protection in Morocco (1880), Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960, United Nations Declaration on the Rights of Indigenous Peoples (2007), Rome Statute, Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto.

3. Affiant does hereby enter a restricted appearance attending by Special Visitation in accord with [Rule E(8)] for corrective action by Affidavit For Stay of Execution and Enforcement of Judgment Pending Appeal and Certiorari - Habeas Corpus Natural Equity Claim Contract Under Seal against Respondent(s) in their personal private capacity(ies) in accord with the Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960, United Nations Declaration on the Rights of Indigenous Peoples (2007), Madrid Convention for Protection in Morocco (1880), codified at [18 U.S.C. Chapter 7 §112], Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto, Rome Statute, Treaty of Peace and Friendship (1787), and united states for America Organic Constitution (1787) Article One Section Nine codified at [28 U.S.C. §§ 2241-2243, 2246 et seq.; Fed.R.Civ.P. 62; and Fed.R.App.P. 8].

4. Affiant respectfully seeks an Order staying the execution of or any proceedings to enforce the judgment entered by <u>District Court Judge William Stafford</u> on or about the <u>2nd day of January, 2018</u>, pending resolution of appeal and certiorari in this action.

5. Whereas, the <u>Affidavit of Merits as Notice of Appeal and as Objection to Report and Recommendation</u>, annexed hereto in full, have been filed in the <u>District Court</u> since on or about the <u>21st day of December, 2017</u>, and have been filed in the <u>11th Circuit Court of Appeals</u> since on or about the 26th day of December, 2017.

6. Whereas, execution and enforcement of District Court Judge William Stafford's judgment in this action should be suspended pending resolution of the appeal and certiorari regarding the <u>Affidavit For Habeas Corpus</u>, <u>Modified Affidavit For Habeas Corpus (Addendum)(Annex)</u>, <u>Affidavit For Habeas Corpus - Interrogatories</u>, <u>Letters Rogatory / Letters of Request for Service Upon Respondent(s)</u>, <u>Affidavit of Information as Letter Rogatory and as Report and Preferral of Charges to Attorney General and All Constitutional Authorities of Record</u>, <u>Affidavit For Entry of Clerk's Default and For Entry of Clerk's Default Judgment</u>, and <u>Affidavit of Merits as Notice of Appeal and as Objection to Report and Recommendation</u>, all annexed hereto in full, hereinafter, "Affidavits," on the ground that irreparable injury and damages would result if the court were to either make a precipitous decision on the above-mentioned Affidavits and evidence, or if the court were allowed to attempt to execute on the judgment before the merits, weight, and preponderance of the evidence can be reviewed and determined by the 11th Circuit Court of Appeals and the Supreme Court of the United States. District Court Judge William Stafford's and Magistrate Judge Charles J. Kahn' Jr.'s opinion and decision in this action are not in accord with and are not consistent with

9. Whereas, the above-mentioned factors [A]-[E] in accord with Grutter v. Bollinger, need not be applied rigidly when Affiant's Affidavits present a substantial case on the merits, weight, and preponderance of the evidence, and when Affiant's Affidavits show that the balance of equities weigh heavily in favor of granting this stay pending appeal and certiorari [see Ruiz v. Estelle, 650 F.2d 555, 565 (5th Cir. 1981); Garcia-Mir v. Meese, 781 F.2d 1450, 1453 (11th Cir.)]. A showing of a substantial case on the merits, weight, and preponderance of evidence, plus the balance of equities weighing heavily in favor of granting this stay, is sufficient to obtain this stay [see Wildmon v. Berwick Universal Pictures, 983 F.2d 21, 24 (5th Cir. 1992); Avakian v. Citibank, 2014 U.S. Dist. LEXIS 49745, at *7 (N.D. Miss. Apr. 10, 2014); Tanco v. Haslam, 2014 U.S. Dist. LEXIS 36823, at *3-*4 (M.D. Tenn. Mar. 20, 2014)].

10. Whereas, Supersedeas Bond is not required for this action, however, Affiant respectfully offers Affidavit For Habeas Corpus, Modified Affidavit For Habeas Corpus (Addendum)(Annex), Affidavit For Habeas Corpus - Interrogatories (Addendum)(Annex), 4th Judicial Circuit Duval County Florida Personal Replevin Bond #'s 17-CA-2142/2144, and Affidavit of Information as Letter Rogatory and as Report and Preferral of Charges to All Constitutional Authorities of Record, all annexed hereto in full, as security to the United States District Court Northern Florida Tallahassee Division, 11th Circuit Court of Appeals, and the Supreme Court of the United States, in the nature of a Supersedeos Bond.

## Commercial Verification

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity; do hereby declare and affirm under the penalty of perjury under the universal law of Our Most High Divine Source of the Force Universal Father Allah, and under the laws of the United States, that the foregoing is true, correct, certain, complete to the best of my own first-hand personal knowledge, not misleading, admissible as evidence, and in accord with the righteous upright moral integrity of my honorable intent, and if called upon to offer rhetoric and testify as to the veracity of the evidence herein proffered and preferred, I shall so state.

This affidavit is dated on or about the __Eighth__ day of the __First__ month in the Moorish Calendar Year (M.C.Y.) of Our Most High Divine Source of the Force Universal Father Allah Fourteen Hundred Thirty Eight (1438) [Gregorian Calendar Year (G.C.Y.) 2018 - January, 8]

### Witness My Hand and Seal:

*Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend)*

Maalik Taquan Rahshe Gullett El; Son, On Behalf of Mother: AAMARU Religious Consul Association [P.O.W. # 62013-018 - Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida 33521-1033]

Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association

Prisoner of War for National Liberation from Colonialism: [P.O.W. # 61975-018]

Unlawfully Detained and Falsely Imprisoned at:

FCI Tallahassee, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida 32301

7 of 8

Taquan Gullett
(P.O.W. #62013-018)
Federal Correctional Complex USP1
P.O. Box 1033
Coleman, Florida [33521-1033]

DEC 18 2018



Clerk of Court
United States District Court Northern Florida Tallahassee Division
United States Courthouse Annex
111 North Adams Street, 3rd Floor
Tallahassee, Florida 32301

CERTIFIED MAIL

7002 2030 0006 9991 5205