Clerk's Original

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

11th Circuit Appeal Number: _____

Gullett, Taquan; Son, On Behalf of Mother: Hephzibah, Syteria,
In Propria Persona, Claimant, Affiant.

V.

Coil, Craig; personal private capacity,
Campbell, Joetta; personal private capacity,
Anderson, Irish; personal private capacity,
Donar, Cedric; personal private capacity,
Dempsey, Angela Cote; personal private capacity,
Hassler, Sara; personal private capacity,
Marshall, Gwen; personal private capacity,
Watson, Kim Lee; personal private capacity,
Haskett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Loesch, Sheryl; personal private capacity,
Hammer, Michael; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B.; personal private capacity,
Muldrow, W. Stephen; personal private capacity,
Richardson, Monte C.; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Howard, Marcia Morales; personal private capacity,

Respondent(s).

MQ

Claim Number: 4:17-cv-00532-WS-CJK

AFFIDAVIT FOR ENTRY OF CLERK'S DEFAULT
AND
FOR ENTRY OF CLERK'S DEFAULT JUDGMENT

7002 2030 0006 9991 5205

In accord with:
- Universal Declaration of Human Rights (1948)
- U.N. Declaration on the Rights of Indigenous Peoples (2007)
- United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960
- Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 § 112]
- Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto
- Treaty of Peace and Friendship (1787) and
- united states for America Organic Constitution (1787) Article One Section Nine and Amendments 1-10 codified at:

28 U.S.C. §§ 2241-2243, 2246 et seq.
Fed. R. Civ. P. 4(b), 4(c)(3), 28(b), 33, 55
22 C.F.R. §§ 92.54, 92.66(a)
42 U.S.C. §§ 1987, 1988, 1989, 1990, 1992, 1997, 1986, 1985, 1981, 1994, 1983, 1991, 2000

Rome Statute

" Habeas Corpus "
Natural Equity Claim
CONTRACT UNDER SEAL

Filed JAN 16 '18

1 of 11

1. On the record and for the record, present is Taquan Gullett, also called Illaalik Kahshe El, Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court SYTERIA LAWRENCE ESTATE NOTICE OF TRUST/TAQUAN GULLETT ESTATE NOTICE OF TRUST #'s 17-CP-1286/1287; SYTERIA LAWRENCE ESTATE CAVEAT/TAQUAN GULLETT ESTATE CAVEAT #'s 17-CP-1020/1025; SYTERIA LAWRENCE ESTATE Personal Replevin Claim/TAQUAN GULLETT ESTATE Personal Replevin Claim #'s 17-CA-2142/2144].

2. Affiant does rise and give honors and recognition to the Holy Qur'an, Holy Koran Circle Seven, Zodiac Constitution AA222141(A1-Truth), Old Testament, New Testament, Great Law of Peace, Treaty of Peace and Friendship (1787), united states for America Organic Constitution (1787), Madrid Convention for Protection in Morocco (1880), Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960, United Nations Declaration on the Rights of Indigenous Peoples (2007), Rome Statute, Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto.

3. Affiant does hereby enter a restricted appearance attending by Special Visitation in accord with [Rule E(8)] for corrective action by Affidavit for Entry of Clerk's Default and For Entry of Clerk's Default Judgment-Habeas Corpus Natural Equity Claim Contract Under Seal against Respondent(s) in their personal private capacity(ies) in accord with the Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration of Independence to Colonial Countries and Peoples (1960), United Nations Declaration on the Rights of Indigenous Peoples (2007), the Hague Conventions and all annexes thereto, united states for America Organic Constitution (1787) Article One Section Nine codified at [28 U.S.C. §§ 2241-2243, 2246 et seq.; 18 U.S.C. Chapter 7 § 112; 42 U.S.C. §§ 1987

7

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION:

4. Affiant respectfully requests that the Clerk of this court enter the default of all Respondent(s) named in the Caption on Page 1, for failure to timely, adequately, and completely rebut, respond to, answer to, or otherwise defend against Affiant's Affidavit For Habeas Corpus, Modified Affidavit For Habeas Corpus (Addendum)(Annex), and Affidavit For Habeas Corpus-Interrogatories (Addendum)(Annex), as required by law and in accord with [Federal Rules of Civil Procedure (F.R.C.P.) 55]. This Request For Entry of Clerk's Default is based upon the above-mentioned Affidavit's which show that:

A. Respondent(s) were served with the Affidavit For Habeas Corpus with Certificate of Service and Letter Rogatory/Letter of Request for Service Upon Respondent(s) on or about [November 15, 2017], which is the date of the Clerk's file-stamp [see Mailbox Rule; Contract Under Seal];

B. Respondent(s) were served with the Modified Affidavit For Habeas Corpus (Addendum)(Annex) with Certificate of Service and Letter Rogatory/Letter of Request For Service Upon Respondent(s) on [December 13, 2017], which is the date of the Clerk's file-stamp [see Mailbox Rule; Contract Under Seal];

C. Respondent(s) were served with the Affidavit For Habeas Corpus-Interrogatories (Addendum)(Annex) with Certificate of Service and Letter Rogatory/Letter of Request

5. The Certificates of Service and Letters Rogatory/Letters of Request for Service Upon Respondent(s) are filed with the court on [or about November 15, December 13, and December 21, 2017], respectively, and the Certificates of Service and Letters Rogatory/Letters of Request for Service Upon Respondent(s) establish that service was proper in accord with [F.R.C.P. 4(b), 4(c)(3), 28(b), 33; 28 U.S.C. § 2246; 22 C.F.R. §§ 92.54, 92.66(a)]; and the Hague Conventions.

6. Respondent(s) have failed/neglected to timely, adequately, and completely rebut, respond to, answer to, or otherwise defend against the Affidavit For Habeas Corpus, Modified Affidavit For Habeas Corpus (Addendum)(Annex), and Affidavit For Habeas Corpus -Interrogatories (Addendum)(Annex).

7. The applicable time limit for Respondent(s) to rebut, respond, answer, or otherwise defend, in accord with [28 U.S.C. §§ 2241-2243, 2246 et seq.], has expired.

8. Respondent(s) is/are not minor(s), infant(s), incompetent person(s)/people(s), or currently in military service.

9. Respondent(s)' default to the Affidavit For Habeas Corpus, Modified Affidavit For Habeas Corpus (Addendum)(Annex), and Affidavit For Habeas Corpus-Interrogatories (Addendum)(Annex), does constitute all Respondent(s)' acceptance, agreement, consent, and conventio*, and confession of full liability and of guilt in judgment**, to all the interrogatories, terms, facts, conditions, stipulations, rules, principles, claims, contracts, clauses, points, averments, obligations, performances, modifications, benefits,

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION:

10. Affiant respectfully requests that the Clerk of this court enter a default judgment against all Respondent(s) named in the Caption on Page 1, in the Sum Certain Claim for Damages - True Bill amount of Two Hundred Nine Thousand ($209,000.00) Dollars and 00/100, as authorized, required, and in accord with [F.R.C.P. 55(b)(1)]. In support of this request Affiant does declare, affirm, and state:

11. The Clerk of this court shall have already entered the default of Respondent(s) as a matter of law and as a consequence of Respondent(s)' failure/neglect to timely, adequately, and completely rebut, respond, answer, or otherwise defend in this action. The default shall have been entered on the filing date of this Affidavit For Entry of Clerk's Default and For Entry of Clerk's Default Judgment as indicated by all of the foregoing.

12. Affiant's Claim is for a sum certain or a sum that, by computation, can be made certain; also, Affiant's Claim does include a Punitive Damages Total - True Bill to be totaled and finalized upon Summary Judgment.

13. The Sum Certain Claim for Damages - True Bill entered, as indicated in the Affidavit For Habeas Corpus, Modified Affidavit For Habeas Corpus (Addendum)(Annex), and Affidavit For Habeas Corpus - Interrogatories (Addendum)(Annex), is justly due, overdue, and owing; also, the Punitive Damages Total - True Bill shall be totaled and finalized upon Summary Judgment. Any costs sought to be taxed may have been or may be incurred in the action

| Amount | Penalty | Statute | ×19 = | Total $ | Total Imprisonment |
|---|---|---|---|---|---|
| $10,000 | and/or 10 years imprisonment | [18 U.S.C. § 241] | ×19 = | $190,000 | 190 years and/or imprisonment |
| $1,000 | and/or 1 year imprisonment | [42 U.S.C. §§ 1981-2000 et seq / 18 U.S.C. § 242] | ×19 = | $19,000 | 19 years and/or imprisonment |

Sum Certain Total = $209,000 and/or 209 years Imprisonment

***** All Respondent(s) are jointly and severally liable for this claim *****

16) Punitive Damages Total - True Bill

| Amount | Penalty | Statute | ×19 = | Total $ | Total Imprisonment |
|---|---|---|---|---|---|
| $10,000 | and/or 10 years imprisonment | [Chapter 7, 18 U.S.C. § 112] | ×19 = | $190,000 | 190 years and/or imprisonment |
| $1,000,000 | and/or 20 years imprisonment | [18 U.S.C. § 1091] | ×19 = | $19,000,000 | 380 years and/or imprisonment |
| $10,000 | and/or 10 years - Life imprisonment | [18 U.S.C. § 1201] | ×19 = | $190,000 | 190 years - Life and/or imprisonment |
| $1,000,000 | and/or 30 years imprisonment | [18 U.S.C. § 1341] | ×19 = | $19,000,000 | 570 years and/or imprisonment |
| $5,000 | and/or 20 years - Life imprisonment | [18 U.S.C. § 1581] | ×19 = | $95,000 | 380 years - Life and/or imprisonment |
| $5,000 | and/or 20 years imprisonment | [18 U.S.C. § 1583] | ×19 = | $95,000 | 380 years and/or imprisonment |
| $5,000 | and/or 7 years imprisonment | [18 U.S.C. § 1585] | ×19 = | $95,000 | 138 years and/or imprisonment |
| $2,000 | and/or 2 years imprisonment | [18 U.S.C. § 1586] | ×19 = | $38,000 | 38 years and/or imprisonment |
| $10,000 | and/or 20 years - Life imprisonment | [18 U.S.C. § 1590] | ×19 = | $190,000 | 380 years - Life and/or imprisonment |
| $10,000 | and/or 5 years imprisonment | [18 U.S.C. § 1592] | ×19 = | $190,000 | 95 years and/or imprisonment |
| Mandatory Restitution | | [18 U.S.C. § 1593] | ×19 = | Mandatory Restitution | |
| $10,000 | and/or 20 years - Life imprisonment | [18 U.S.C. § 1593A] | ×19 = | $190,000 | 380 years - Life and/or imprisonment |
| $10,000 | and/or 20 years - Life imprisonment | [18 U.S.C. § 1594] | ×19 = | $190,000 | 380 years - Life and/or imprisonment |
| Right to a Civil Action | | [18 U.S.C. § 1595] | ×19 = | Right to a Civil Action | |
| $250,000 | and/or 30 years imprisonment | [18 U.S.C. § 1512] | ×19 = | $4,750,000 | 570 years and/or imprisonment |
| $250,000 | and/or 30 years imprisonment | [18 U.S.C. § 1513] | ×19 = | $4,750,000 | 570 years and/or imprisonment |
| $10,000 | and LIFE imprisonment | [18 U.S.C. § 1651] | ×19 = | $190,000 | and LIFE imprisonment |
| $1,000,000 | and/or 10 years imprisonment | [15 U.S.C. § 1] | ×19 = | $19,000,000 | 190 years and/or imprisonment |
| $1,000,000 | and/or 10 years imprisonment | [15 U.S.C. § 2] | ×19 = | $19,000,000 | 190 years and/or imprisonment |

17. The <u>Sum Certain</u> Claim for Damages-True Bill for this Affidavit for Entry of Clerk's Default and For Entry of Clerk's Default Judgment-Habeas Corpus Natural Equity Claim Contract Under Seal action is <u>Two Hundred Nine Thousand ($209,000.00) Dollars and $\frac{00}{100}$</u> and/or Two Hundred Nine (209) years Imprisonment. The Punitive Damages Total-True Bill for this Affidavit For Entry of Clerk's Default and For Entry of Clerk's Default Judgment-Habeas Corpus Natural Equity Claim Contract Under Seal action is Up To Eighty-Seven Million One Hundred Fifty-Three Thousand ($87,153,000.00) Dollars and $\frac{00}{100}$ and/or Five Thousand Twenty-One (5021) years to Life (x5) Imprisonment PLUS LIFE IMPRISONMENT [see 18 U.S.C. §1651] to be totaled and finalized upon Summary Judgment; plus reasonable costs and nominal fees and possibly taxable disbursements*** for bringing this action. The <u>Sum Certain</u> Claim for Damages-True Bill and Punitive Damages Total-True Bill are payable by liquidation of all Respondent(s) Public Hazard Bond, General Liability Bond, Fidelity Bond, Indemnity Bond, Surety Bond, Performance Bond, Official Bond, Fiduciary Bond, Payment Bond, Hypothecation Bond, Contract Bond, Bid Bond, Guaranty Bond, Reinsurance Bond, License Bond, Penal Bond, Statutory Bond, Registered Bond, Debenture Bond, Secured Bond, Unsecured Bond, Blanket Bond, Honesty Insurance, Fidelity Insurance, General Liability Insurance, or any other like or similar bond and/or insurance agreement(s)/policy(ies)/ arrangement(s). All Respondent(s) are jointly and severally liable for this Affidavit For Entry of Clerk's Default and For Entry of Clerk's Default Judgment-Habeas Corpus Natural Equity Claim Contract Under Seal action.

18. For the purpose of this Claim, a Dollar is defined as a One Ounce Silver Coin .9999 fine or par value in United States Red Seal Silver Certificates issued by the United States

19. If any portion of this Affidavit for Entry of Clerk's Default and for Entry of Clerk's Default Judgment - Habeas Corpus Natural Equity Claim Contract Under Seal action is estopped, the remaining portions are in durable full force and effect. Affiant reserves the right to a full forensic accounting, a certified audit trail, and to seek a deficiency against any and all Respondent(s), jointly and severally, for any portion of this Affidavit for Entry of Clerk's Default and for Entry of Clerk's Default Judgment - Habeas Corpus Natural Equity Claim Contract Under Seal action that is found due, overdue, and owing, and remains unpaid to Affiant and Affiant's Alien (Foreign) Estate.

### Further Terms of Default and Default Judgment

20. <u>A party's (Respondent(s)') factual default is not excused merely because the Clerk has failed to record it on the docket</u> [see <u>Connecticut Nat'l Mortg. Co. v. Brandstatter</u>, 897 F.2d 883, 884-885 (7th Cir. 1990)]. A default is a possible sanction for failure to comply with discovery (interrogatories, letters rogatory) [see F.R.C.P. 37(b)(2)(A)(vi); F.R.C.P. 16(f)(1)]. Notice of an Affidavit for Entry of Clerk's Default and for Entry of Clerk's Default Judgment need not be given to the party(ies) in default (Respondent(s)) [see <u>Hawaii Carpenter's Trust Fund v. Stone</u>, 794 F.2d 508, 512 (9th Cir. 1986)].

21. Entry of default severely limits defaulting party's (Respondent(s)) subsequent participation in this action with the most important consequence being that Respondent(s) (defaulting party(ies)) have no standing and are no longer entitled to participate in the determination of their liability and/or guilt in this action

22. In fact, this Affidavit for Entry of Clerk's Default and for Entry of Clerk's Default Judgment-Habeas Corpus Natural Equity Claim Contract Under Seal action may and shall proceed to Summary Judgment with no notice or limited notice to Respondent(s) (the defaulting party(ies)). Respondent(s) (the defaulting party(ies)) have no standing to challenge the factual allegations of the Affidavit's to which they have defaulted [see Taylor v. City of Baldwin, 859 F.2d 1330, 1333 n.7 (8th Cir. 1988)].

23. If the damages sought against Respondent(s) (the defaulting party(ies)) are in a sum certain or a sum capable of being made certain by simple arithmetical calculations, the clerk may simply enter a judgment against Respondent(s) (the defaulting party(ies)) for the amount due [see F.R.C.P. 55(b)(1)]. Entry of default is a prerequisite for obtaining default judgment. Entry of default is a procedural formality that must be in place before the issuance of a default judgment [see Arango v. Guzman Travel Advisors, 761 F.2d 1527, 1530 (11th Cir. 1985)]. Entry of default judgment is not a final judgment and may not be appealed [see Enron Oil Corp. v. Masonori Diakuhara, 10 F.3d. 90, 95 (2d Cir. 1993)]. Preclusion (Res Judicata and Collateral Estoppel) occurs at the time of a default judgment [see Morris v. Jones, 329 U.S. 545, 552, 67 S.Ct. 451, 91 L.Ed. 488 (1947)].

## Conclusion

24. Finally, Affiant invites the court to grant any and all such other relief, intermediate relief, and further relief, in accord with Natural Equity, and to dispose of this matter as law and justice require.

Commercial Verification

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity; do hereby declare and affirm under the penalty of perjury under the universal law of Our Most High Divine Source of the Force Universal Father Allah, and under the laws of the United States, that the foregoing is true, correct, certain, complete to the best of my own first-hand personal knowledge, not misleading, admissible as evidence, and in accord with the righteous upright moral integrity of my honorable intent, and if called upon to offer rhetoric and testify as to the veracity of the evidence herein proffered and preferred, I shall so state.

This affidavit is dated on or about the <u>Eighth</u> day of the <u>First</u> month in the Moorish Calendar Year (M.C.Y.) of Our Most High Divine Source of the Force Universal Father Allah Fourteen Hundred Thirty Eight (1438) [Gregorian Calendar Year (G.C.Y.) 2018 - January, 8 ]

Witness My Hand and Seal:

~~Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (friend)~~
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Mother: AAMARU Religious Consul Association
[P.O.W. #62013-018 - Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida 33521-1033]
Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association
Prisoner of War for National Liberation from Colonialism: [P.O.W. #61975-018]

# Certificate of Service

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, competent Natural Man/Woman of majority, do certify and affirm that on or about the Eighth day of the First month in the year of Our Lord Father Allah Fourteen Hundred Thirty Eight (1438) [G.C.Y. 2018-January 8], the following document(s) were mailed by U.S. Postal Mail, First-Class Postage Pre-Paid:

1. Affidavit For Entry of Clerk's Default and For Entry of Clerk's Default Judgment - Habeas Corpus Natural Equity Claim Contract Under Seal [11 pages]; and

2. Two (2) Self-Addressed Pre-paid Stamped Envelopes (for return of Affiant's & Mother's file-stamped copies of Affidavit For Entry of Default/Default Judgment).

All document(s) are included and mailed to:

Clerk of Court
United States District Court Northern Florida Tallahassee Division
United States Courthouse Annex, 111 North Adams Street, 3rd floor
Tallahassee, Florida 32301

Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (friend)
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Mother: AAMARU Religious Consul Association
[P.O.W. #62013-018 - Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida 33521-1033]
Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association
) Prisoner of War for National Liberation from Colonialism: [P.O.W. #61975-018]

Taquan Gullett
(P.O.W. # 62013-018)
Federal Correctional Complex USP1
P.O. Box 1033
Coleman, Florida [33521-1033]

DEC 1 6 2018



Clerk of Court
United States District Court Northern Florida Tallahassee Division
United States Courthouse Annex
111 North Adams Street, 3rd Floor
Tallahassee, Florida 32301

CERTIFIED MAIL

7002 2030 0006 9991 5205