UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAQUAN GULLETT

    VS                                            CASE NO.  4:17cv532-WS/CJK

CRAIG COIL, et al.

REFERRAL AND ORDER

Referred to Judge William Stafford on January 17, 2018
Motion/Pleadings: AFFIDAVIT FOR ENTRY OF CLERK'S DEFAULT AND FOR ENTRY OF DEFAULT JUDGMENT
Filed by PETITIONER    on 1/16/18    Doc.# 18
RESPONSES:
                                              on _____ Doc.# _____
                                              on _____ Doc.# _____

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   22nd   day of   January  , 2018, that:

(a) The requested relief is DENIED. Petitioner's appeal from the final judgment in this action deprives this court of jurisdiction to consider the issue of a party's default.

s/ William Stafford
**WILLIAM STAFFORD**
**Senior United States District Judge**