U.S.D.C. Clerk's Original

ELEVENTH CIRCUIT COURT OF APPEALS
AND
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

11th Circuit Appeal Number: 18-10060

| | |
|---|---|
| Gullett, Taquan; Son, On Behalf of Mother: Hephzibah, Syteria, In Propria Persona, Claimant, Affiant. | Claim Number: 4:17-cv-00532-WS-CJK <br><br> **AFFIDAVIT OF MERITS AS OBJECTION TO CLERK'S CASE STYLE MISNOMER** |
| V. | |
| Coil, Craig; personal private capacity, <br> Campbell, Joetta; personal private capacity, <br> Anderson, Irish; personal private capacity, <br> Donar, Cedric; personal private capacity, <br> Dempsey, Angela Cote; personal private capacity, <br> Hassler, Sara; personal private capacity, | In accord with: <br> • Universal Declaration of Human Rights (1948) <br><br> • United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960 <br><br> • U.N. Declaration on the Rights of Indigenous Peoples (2007) |
| Marshall, Gwen; personal private capacity, <br> Watson, Kim Lee; personal private capacity, <br> Haskett, James; personal private capacity, <br> Sheridan, Patrick; personal private capacity, <br> Loesch, Sheryl; personal private capacity, <br> Hammer, Michael; personal private capacity, <br> Knox, Penelope; personal private capacity, <br> Corsmeier, Arnold B.; personal private capacity, <br> Muldrow, W. Stephen; personal private capacity, <br> Richardson, Monte C.; personal private capacity, <br> Klindt, James R.; personal private capacity, <br> Corrigan, Timothy J.; personal private capacity, <br> Howard, Marcia Morales; personal private capacity, <br><br> Respondent(s). | • Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto <br><br> • Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 § 112] <br><br> • Treaty of Peace and Friendship (1787) and <br> • United States for America Organic Constitution (1787) First Amendment Redress for Grievances <br><br> Rome Statute <br><br> "Habeas Corpus Natural Equity Claim" <br> **CONTRACT UNDER SEAL** |

NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

1. On the record and for the record, present is Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court SYTERIA LAWRENCE ESTATE NOTICE OF TRUST / TAQUAN GULLETT ESTATE NOTICE OF TRUST #'s 17-CP-1286/1287; SYTERIA LAWRENCE ESTATE CAVEAT / TAQUAN GULLETT ESTATE CAVEAT #'s 17-CP-1020/1025; SYTERIA LAWRENCE ESTATE Personal Replevin Claim / TAQUAN GULLETT ESTATE Personal Replevin Claim #'s 17-CA-2142/2144 ].

2. Affiant does rise and give honors and recognition to the Holy Qur'an, Holy Koran Circle Seven, Zodiac Constitution AA222141 (A1-Truth), Old Testament, New Testament, Great Law of Peace, Treaty of Peace and Friendship (1787), united states for America Organic Constitution (1787), Madrid Convention for Protection in Morocco codified at [18 U.S.C. Chapter 7 §112], Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960, United Nations Declaration on the Rights of Indigenous Peoples (2007), Rome Statute, Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto.

3. Affiant does hereby enter a restricted appearance attending by Special Visitation in accord with [Rule E(8)] for corrective action by Affidavit of Merits as Objection To Clerk's Case Style Misnomer - Habeas Corpus Natural Equity Claim Contract Under Seal against Respondent(s) in their personal private capacity(ies) in accord with the Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960, Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto, Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 §112], Treaty of Peace and Friendship (1787), and united states for America Organic Constitution (1787) First Amendment Redress for Grievances.

Objection To Clerk's Case Style for Misnomer as It Does Not List the Real Party(ies) In Interest

4. In accord with [28 U.S.C. §2242 (National Law)], "application for a writ of habeas corpus shall be in writing... and the name(s) of the person(s) who has/have custody (unlawful detainment) over him/her...". In accord with the Universal Declaration of Human Rights (1948)[International Law] Article 6, "Everyone has a right to recognition everywhere as a person before the law." The term "Real Party In Interest" means "a person who, under the provisions of a substantive law, owns the rights which are sought to be enforced in a lawsuit" [see 11th Circuit Local Rule (Local Law) 26.1-1, 26.1-2 regarding Certificate of Interested Persons (CIP)]. In accord with [Florida Local Rule (Local Law) 9004-1(B)-Caption, Document(s), General], "the caption of a motion shall identify the filing party and designate the matter at issue." Affiant's Captions on Page 1 of all the Habeas Corpus Affidavits filed in this action correctly list the correctly spelled names of all the Real Party(ies) In Interest to this action as: "Last Name, First Name; personal private capacity," in accord with International Law, National Law, and Local Law [see 28 U.S.C. §2242; Univ. Dec. Human Rights Act. 6; 11th Cir. L.R. 26.1-1, 26.1-2; Florida L.R. 9004-1(B)]. The entry of [[Lyublanovits, Jessica J.; personal private capacity] Clerk's Case Style in this action is: IAQUAN GULLETT vs CRAIG COIL, et al. - this is wholly and completely Misnomer as these are not any of the names of the Real Party(ies) In Interest exactly as they are named in Affiant's Captions on Page 1 of all the Habeas Corpus Affidavits filed in this action. Lyublanovits, Jessica J.'s [personal private capacity] action of entering Misnomers in this action is erroneous, dilatory, improper, prejudicial, biased, discriminatory, arbitrary, capricious, an abuse of discretion/authority, and otherwise not in accord with International Law, National Law, and Local Law [see 18 U.S.C. §1512 - for altering, destroying, mutilating, or concealing a record, document, or other object, or attempts, or obstructs, impedes, influences, an official proceeding; see 42 U.S.C. §1986; see 5 U.S.C. §706(2)(a); see Judicial Code of Conduct Canons 3(B)(1), 3(B)(2)].

5. In accord with the Judicial Code of Conduct Canon 3(B)(1), "a judge should diligently discharge administrative responsibilities, maintain professional competence in judicial administration, and facilitate the performance of the administrative responsibilities of other judges and court personnel." In accord with Canon 3(B)(2), "a judge should not direct court personnel to engage in conduct on the judge's behalf or as the judge's representative when that conduct would contravene the Code if undertaken by the judge." Both Lyublanovits, Jessica J. [personal private capacity], and Stafford, William [personal private capacity], and all other judges and court personnel [Notice to Agent is Notice to Principal/Notice to Principal is Notice to Agent/Applicable to All Successors and Assigns] were given fair Notice and Opportunity [consistent with due process] of the erroneous Clerk's Case Style Misnomer, but all have failed/neglected to comply with Law and correct such error [see Letters Rogatory/Letters of Request for Service Upon Respondent(s) Pg. 3 Pgh. 4 "NOTICE AND OPPORTUNITY"]. Due process standards involves minimum contacts and "traditional notions of fair play and substantial justice" [see International Shoe Co. v. Washington, 326 U.S. 310, 316, 66 S.Ct. 154, 90 L.Ed. 95 (1945)]. In accord with the Judicial Code of Conduct Canon 3(B)(5), "a judge should take appropriate action upon learning of reliable evidence indicating the likelihood that a judge's (or court personnel's) conduct contravened this Code or... violated applicable rules of professional conduct."

6. It seems that the entry of Lyublanovits, Jessica J. [personal private capacity] Clerk's Case Style Misnomer is arbitrary, capricious, an abuse of discretion/authority, otherwise not in accordance with International Law, National Law, and Local Law, and an attempt of discrimination and deprivation of Affiant's Natural Rights and Human Rights and/or privileges and/or immunities under color of law. According to [5 U.S.C. §706(2)(a)], agency actions will be upheld unless they are "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." Further, it is a conspiracy against Natural Rights and Human Rights if two or more people/person(s) conspire to injure, oppress, threaten, or intimidate Affiant in the free exercise or enjoyment of any Natural Rights and/or Human Rights and/or privileges and/or immunities protected and secured to him/her by the Constitution or laws of the United States; or because of his/her exercise of the same; or to prevent or hinder his/her free exercise or enjoyment of any right or privilege so secured [see 18 U.S.C. §§ 241 and 242; 42 U.S.C. § 1986].

7. Further, it seems that Lyublanovits, Jessica J.'s [personal private capacity] action of entering the erroneous Clerk's Case Style Misnomer and failure/neglect to comply with Law and correct such error after learning of reliable evidence indicating fair Notice and Opportunity, is also arbitrary, capricious, an abuse of discretion/authority, otherwise not in accordance with International Law, National Law, and Local Law, and an attempt of discrimination and deprivation of Affiant's Natural Rights and Human Rights and/or privileges and/or immunities under color of law [see 18 U.S.C. §§ 241 and 242; 5 U.S.C. 706(2)(a); 18 U.S.C. §1512]. In accord with [42 U.S.C. §1986], "every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in the proceeding section [42 U.S.C. §1985], are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his/her lawful representatives, for all damages caused by such wrongful act, and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as Respondent(s)/Defendant(s) in the action."

8. In accord with [Fed.R.Civ.P. 46], Affiant need only give Notice of the claimed error(s) in time for the court to reconsider its action and correct any error(s) [see Ginett v. Computer Task Group, Inc., 11 F.3d 359, 361 (2d. Cir. 1993); United States v. Socony-Vacuum Oil Co., 310 U.S. 150, 238-239, 60 S.Ct. 811, 84 L.Ed. 1129 (1940); Cunningham v. Sears, Roebuck & Co., 854 F.2d 914, 916 (6th Cir. 1988); Fleck v. KDI Sylvan Pools, Inc., 981 F.2d 107, 116 (3d Cir. 1992)]. Objection, to be effective, must state grounds on which it is based and the objecting party must inform the court of the action that it wants the court to take or objects to along with the grounds for the request or objection" [see Fed.R.Civ.P. 46]. Statement of grounds does not have to be perfect, it must only give court fair notice [see Kollsman v. Cohen, 996 F.2d 702, 707 (4th Cir. 1993)]. If Affiant (the objecting party) gives the court fair notice of its concerns, Affiant's objection is sufficient [see Beech Aircraft Corp. v. Rainey, 488 U.S. 153, 174, 109 S.Ct. 439, 102 L.Ed.2d. 445 (1988); Hartford Lloyd's Ins. Co. v. Teachworth, 898 F.2d 1058, 1060 (5th Cir. 1990)].

9. Affiant does clearly state, declare, and affirm, on and for the record, [A] Lyublanovits, Jessica J.'s [personal private capacity] action of entry of erroneous Clerk's Case Style Misnomer is dilatory, improper, prejudicial, biased, discriminatory, arbitrary, capricious, an abuse of discretion/authority, and otherwise not in accordance with International Law, National Law, and Local Law; [B] Both Lyublanovits, Jessica J. [personal private capacity], and Stafford, William [personal private capacity], and all other judges and court personnel were given fair Notice and Opportunity, consistent with due process, of the erroneous Clerk's Case Style Misnomer, but all have failed/neglected to comply with law and correct such error; [C] any and all people/person(s) having knowledge of the wrongs mentioned in [42 U.S.C. §1985] and fails/neglects to prevent or aid in the prevention of the commission of the same, shall be liable to Affiant for all damages which may be recovered in this case and may be joined as a Respondent(s)/Defendant(s) in this action; and [D] Affiant's stated, declared, and affirmed objections herein are timely, effective, and sufficient, and all of the foregoing is supported by ample merit, weight and preponderance of evidence, and authority.

### Conclusion of Merits + Objection

10. Affiant does show cause herein by ample merit, weight and preponderance of evidence, and authority, why the Clerk's Case Style is a total Misnomer as it does not list any of the names of the Real Party(ies) In Interest exactly as they are named in Affiant's Captions on Page 1 of all the Habeas Corpus Affidavits filed in this action; and Lyublanovits, Jessica J.'s action in entering the Clerk's Case Style Misnomer and failure/neglect to comply with Law and correct such error after learning of reliable evidence indicating fair Notice and Opportunity, is erroneous, unduly burdensome, dilatory, improper, prejudicial, biased, discriminatory, arbitrary, capricious, an abuse of discretion/authority, otherwise not in accordance with International Law, National Law, and Local Law, and an attempt of discrimination and deprivation of Affiant's Natural Rights and Human Rights and/or privileges and/or immunities under color of law. The erroneous action is further compounded by the fact that Respondent(s) are entered into Default and Default Judgment and this action is at Summary Judgment in Affiant's favor [See Aff. For Entry of Default/Default Judgment to U.S.D.C. Jan. 16, 2018/to 11th Cir. Jan. 29, 2018]. Finally, Affiant invites the court to grant any and all such other relief, intermediate relief, and further relief, in accord with Natural Equity, and to dispose of this matter as law and justice require.    In Honor.

## Commercial Verification

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Nephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity; do hereby declare and affirm under the penalty of perjury under the universal law of Our Most High Divine Source of the force Universal Father Allah, and under the laws of the United States, that the foregoing is true, correct, certain, complete to the best of my own first-hand personal knowledge, not misleading, admissible as evidence, and in accord with the righteous upright moral integrity of my honorable intent, and if called upon to offer rhetoric and testify as to the veracity of the evidence herein proffered and preferred, I shall so state.

This affidavit is dated on or about the Thirty-first day of the First month in the Moorish Calendar Year (M.C.Y.) of Our Most High Divine Source of the force Universal Father Allah Fourteen Hundred Thirty-Eight (1438) [Gregorian Calendar Year (G.C.Y.) 2018-January, 31 ]

Witness My Hand and Seal:

Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend)
Maalik Taquan Rahshe Gullett El, Son, On Behalf of Mother: AAMARU Religious Consul Association
[P.o.W. #62013-018 - Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida 33521-1033]
Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association
Prisoner of War for National Liberation from Colonialism; [P.O.W. #61975-018]
Unlawfully Detained and Falsely Imprisoned at:
CI Tallahassee, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida 32301

7 of 8

## Certificate of Service

I, Taquan Gullett, also called Maalik Rahshe El; Son; On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, competent Natural Man/Woman of majority, do certify and affirm that on or about the Thirty-First day of the First month in the year of Our Lord Father Allah Fourteen Hundred Thirty Eight (1438) [G.C.Y. 2018-January, 31], the following document(s) were mailed by U.S. Postal Mail, First-Class Postage Pre-Paid:

1. Affidavit of Merits as Objection To Clerk's Case Style Misnomer - Habeas Corpus Natural Equity Claim Contract Under Seal [8 pages]; and

2. Certificate of Interested Persons and Corporate Disclosure Statement (CIP) [1 page]; and

3. One (1) Self-Addressed Prepaid Stamped Envelope (for return of Affiant's Original-Copy).

All document(s) are included and mailed to:

A. David J. Smith, Clerk of Court, Eleventh Circuit Court of Appeals; Atto: Dianne S. Young, F; 56 Forsyth Street, N.W., Atlanta, Georgia 30303

B. Lyublanovits, Jessica J. [personal private capacity] Clerk of Court, U.S.D.C. Northern Florida Division, Tallahassee, Atto: Stafford, William [personal private capacity] 111 North Adams Street, 3rd Floor, Tallahassee, Florida 32301

Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend)
Moa'lik Taquan Rahshe Gullett El; Son, On Behalf of Mother: AAMARU Religious Consul Association
[P.O.W. #62013-018 - Federal Correctional Complex USP1, P.O. Box 1033, Coleman, Florida 33521-1033]
Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association
Prisoner of War for National Liberation from Colonialism: [P.O.W. #61975-018]
Unlawfully Detained and Falsely Imprisoned at:
FCI Tallahassee, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida 32301

Taquan Gullett
(P.O.W. 62013-018)
Federal Correctional Complex USP 1
P.O. Box 1033
Coleman, Florida [33521-1033]

TAMPA
FL 335
08 FEB '18
PM 6 L

Clerk of Court
United States District Court Northern Florida
Tallahassee Division
111 North Adams Street, 3rd Floor
Tallahassee, Florida 32301

32301-773097