7017 0530 0001 1315 2660

## TO CLERK OF COURT:

On or about November 15, 2017, I filed an <u>Affidavit For Habeas Corpus</u> and I included an Original-Copy for myself to be file-stamped and returned to me in the Self-Addressed Pre-Paid Stamped envelope I provided.

On or about December 13, 2017, I filed a <u>Modified Affidavit For Habeas Corpus (Addendum)(Annex)</u> and I included an Original-Copy for myself to be file-stamped and returned to me in the Self-Addressed Pre-Paid Stamped envelope I provided.

Neither of these filings have been returned to me. If you would, please locate the Original-Copies of these filings that I submitted along with the Self-Addressed Pre-Paid Stamped envelopes I provided, and please return them to me at the mailing location listed below in the signature line.

If you are unable to locate the Original-Copies submitted, then may I please have a file-stamped copy for my records? If so, would you please mail the file-stamped copies to me at the mailing location listed below in the signature line?

Thank You.

Twenty-Sixth day of the First month, 1438
[G.C.Y. 2018 - January, 26]

_____
Maalik Toquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend)
Maalik Toquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association
Prisoner of War for National Liberation from Colonialism: [P.O.W. #62013-018]
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida [33521-1033]

1 of 1