UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAQUAN GULLETT,
as Next Friend of Syteria Hephzibah,

    Petitioner,

v.                                                                                          Case No. 4:17cv532-WS-CJK

CRAIG COIL, et al.,

    Respondents.

_____/

## ORDER

This habeas case, filed under 28 U.S.C. § 2241, is before the court on petitioner's motion for leave to proceed *in forma pauperis* in Appeal No. 18-10060. (Doc. 27). Petitioner also filed printouts of his inmate account. (Doc. 25). Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24(a), I certify that this appeal is NOT taken in good faith and that petitioner is NOT entitled to proceed *in forma pauperis* on appeal. The reasons for my decision are outlined in the Magistrate Judge's Report and Recommendation dated December 8, 2017 (doc. 4), and my Order dated January 2, 2018 (doc. 9), which adopted and incorporated the recommendation.

Accordingly, it is ORDERED:

1. Petitioner's motion for leave to proceed *in forma pauperis* in Appeal No. 18-10060 (doc. 27) is DENIED.

2. Petitioner shall pay the $505.00 appellate filing fee within **30 days** from the date of this order.

DONE AND ORDERED this 14th day of February, 2018.

        s/William_Stafford_____
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE