

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

11th Circuit Appeal Number: 18-10060

| | |
|---|---|
| Gullett, Taquan; Son, On Behalf of Mother: Hephzibah, Syteria, In Propria Persona, Claimant, Affiant. <br><br> v. <br><br> Coil, Craig; personal private capacity, <br> Campbell, Joetta; personal private capacity, <br> Anderson, Irish; personal private capacity, <br> Donar, Cedric; personal private capacity, <br> Dempsey, Angela Cote; personal private capacity, <br> Hassler, Sara; personal private capacity, <br> Marshall, Gwen; personal private capacity, <br> Watson, Kim Lee; personal private capacity, <br> Haskett, James; personal private capacity, <br> Sheridan, Patrick; personal private capacity, <br> Loesch, Sheryl; personal private capacity, <br> Hammer, Michael; personal private capacity, <br> Knox, Penelope; personal private capacity, <br> Corsmeier, Arnold B.; personal private capacity, <br> Muldrow, W. Stephen; personal private capacity, <br> Richardson, Monte C.; personal private capacity, <br> Klindt, James R.; personal private capacity, <br> Corrigan, Timothy J.; personal private capacity, <br> Howard, Marcia Morales; personal private capacity, <br> Respondent(s). | Claim Number: 4:17-cv-00532-WS-CJK <br><br> **AFFIDAVIT OF MERITS TO APPEAL IN PROPRIA PERSONA (OR IN FORMA PAUPERIS)** <br><br> 7017 0530 0001 1315 2660 <br><br> In accord with: <br> • Universal Declaration of Human Rights (1948) <br> • United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960 <br> • Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto <br> • U.N. Declaration on the Rights of Indigenous Peoples (2007) <br> • Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 § 112] <br> • Treaty of Peace and Friendship (1787) and <br> • United states for America, Organic Constitution (1787) <br> First Amendment Redress for Grievances <br><br> Rome Statute <br><br> " Natural Equity Claim " <br> CONTRACT UNDER SEAL <br> MQ |

1 of 7   FiledFEB20'18USDcFlnd4PM0418

NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

1. On the record and for the record, present is Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, <u>A</u>utochthonous <u>A</u>merican <u>M</u>oor <u>A</u>lien (Friend) <u>R</u>epublican <u>U</u>niversal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court SYTERIA LAWRENCE ESTATE <u>NOTICE OF TRUST</u>/ TAQUAN GULLETT ESTATE <u>NOTICE OF TRUST</u> #'s 17-CP-1286/1287; SYTERIA LAWRENCE ESTATE <u>CAVEAT</u>/TAQUAN GULLETT ESTATE <u>CAVEAT</u> #'s 17-CP-1020/1025; SYTERIA LAWRENCE ESTATE <u>Personal Replevin Claim</u>/TAQUAN GULLETT ESTATE Personal Replevin Claim #'s 17-CA-2142/2144].

2. Affiant does rise and give honors and recognition to the Holy Qur'an, Holy Koran Circle Seven, Zodiac Constitution AA222141 (A1-Truth), Old Testament, New Testament, Great Law of Peace, Treaty of Peace and Friendship (1787), united states for America Organic Constitution (1787), Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 § 112], Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960, United Nations Declaration on the Rights of Indigenous Peoples (2007), Rome Statute, Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto.

3. Affiant does hereby enter a restricted appearance attending by Special Visitation in accord with [Rule E(8)] for corrective action by Affidavit of Merits To Appeal In Propria Persona (Or In Forma Pauperis) Natural Equity Claim Contract Under Seal against Respondent(s) in their personal private capacity(ies) in accord with the Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration on the Rights of Indigenous Peoples (2007), United Nations Declaration of Independence to Colonial Countries and Peoples (1960), Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto, Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 § 112], Treaty of Peace and Friendship (1787), and united states for America Organic Constitution (1787) First Amendment Redress for Grievances.

4. Affiant moves this court for an Order granting In Propria Persona (Or In Forma Pauperis) prosecution of this Appeal Number 18-10060 from the Report and Recommendation [of Kahn, Jr., Charles J.; personal private capacity] entered on or about the 8th day of December, 2017, and from the Order and Judgment [of Stafford, William; personal private capacity] entered on or about the 2nd day of January, 2018. This Affidavit is in accord with the provisions of [28 U.S.C. § 1915; and Fed.R.App.P. 24]. The required Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis and 6-Month Certified Institutional Statement of Account is included herewith to the District Court and annexed hereto in full for the 11th Circuit Court of Appeals and shows that Affiant is "unable to pay" within the meaning of [28 U.S.C. § 1915(a)(1)].

5. Affiant filed <u>Affidavit of Merits as Notice of Appeal and as Objection to Report and Recommendation</u>, annexed hereto in full, with the District Court on or about the <u>21st day of December, 2017</u>, and with the 11th Circuit Court of Appeals on or about the <u>26th day of December, 2017</u>. This 11th Circuit Appeal Number 18-10060 should be an <u>Interlocutory Appeal</u>, because the Notice of Appeal was filed Seven (7) [a week] to Twelve (12) [nearly two weeks] days before the order of dismissal, and also because once Affiant asserted the facts in the Objection to Report and Recommendation, on and for the record, which are true and establish on merit, evidence, and authority that Affiant meets the First and Second [<u>Whitmore v. Arkansas</u>] requirements to proceed in this Habeas Corpus action and control its prosecution as Son/Personal Representative/Guardian Ad Litem/Special Advocate/Next-Friend; On Behalf of Mother: Syteria Hephzibah; the court may/must not dismiss the action until determining the validity of Affiant's claims [see <u>Rumbaugh v. Procunier</u>, 753 F.2d at 397-98; <u>Hays v. Murphy</u>, 663 F.2d at 1013; <u>Beavans v. Maggio</u>, No. 81-3668 (5th Cir. Nov. 2, 1981); <u>Groseclose ex rel Harris v. Dutton</u>, 594 F.Supp. at 951]. If Affiant's Affidavit of Merits as Notice of Appeal and as Objection to Report and Recommendation is timely and sufficiently filed, the court may/must not deny Affiant's Affidavits without at least considering the full record of all prior proceedings as it bears on the action. When appropriate, and especially once Affiant has filed an <u>Affidavit for Stay of Execution and Enforcement of Judgment Pending Appeal and Certiorari</u>, the court <u>must</u> grant a stay of execution and enforcement of judgment to enable the court to fully evaluate Affiant's claims [see <u>Whitmore v. Arkansas</u>, 495 U.S. 149, 154 (1990) - stay of execution granted; <u>Leonard v. Wolff</u>, 443 U.S. 1306, 1310-13 (1979) - stay of execution granted; <u>Evans v. Bennett</u>, 440 U.S. 1301, 1306-07 (1979) - stay of execution granted to enable court to consider full record; <u>Gilmore v. Utah</u>, 429 U.S. 1012, 1012-13 (1976), vacating 429 U.S. 989 (1976) - stay of execution granted; <u>Martiniano v. Bell</u>, 454 F.3d 616, 616-17 (6th Cir. 2006) - stay of execution granted; <u>Mason v. Vasquez</u>, 5 F.3d 1220, 1224-25 (9th Cir. 1993), reviewed en banc and remanded to panel, 5 F.3d 1226 (9th Cir. 1993) -

4 of 7

stay of execution granted; Smith v. Armontrout, 865 F.2d at 1516 - stay conditionally granted].

6. The errors described above and the merits, evidence, and authorities proffered and preferred in the Affidavit of Merits as Notice of Appeal and as Objection to Report and Recommendation, Affidavit For Stay of Execution and Enforcement of Judgment Pending Appeal and Certiorari, Affidavit For Entry of Clerk's Default and For Entry of Clerk's Default Judgment, Affidavit of Information as Letter Rogatory and as Report and Preferral of Charges to Attorney General and All Constitutional Authorities of Record, Affidavit For Habeas Corpus - Interrogatories (Addendum)(Annex), Modified Affidavit For Habeas Corpus (Addendum)(Annex), and Affidavit for Habeas Corpus, all annexed hereto in full, hereinafter, "Affidavits," do constitute arguable assertions of law and are in fact supported by ample authorities, merit, weight and preponderance of evidence therein, therefore, Affiant's factual and lawful assertions are not frivolous [see Free v. United States, 879 F.2d 1535, 1536 (7th Cir. 1989)]. An appeal is not frivolous in accord with the meaning of [28 U.S.C. §1915] when it asserts any contention and/or claim that is conceivably meritorious [see Livingston v. Adirondack Beverage Co., 141 F.3d 434, 437 (2d Cir. 1998)].

7. Whereas, Supersedeas Bond is not required for this action, however, Affiant respectfully offers this Affidavit of Merits To Appeal In Propria Persona (Or In Forma Pauperis), Affidavit Accompanying Motion For Permission to Appeal In Forma Pauperis, and the above-mentioned "Affidavits," as security to the United States District Court Northern Florida Tallahassee Division, 11th Circuit Court of Appeals, and the Supreme Court of the United States, in the nature of a Supersedeas Bond. Affiant further respectfully offers that this Appeal Number 18-10060 proceed on original record in accord with [Fed.R.App.P. 24(c)][see Harris v. Forsyth, 742 F.2d 1277, 1278 (11th Cir. 1984)].

In Honor.

## Commercial Verification

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, <u>A</u>utochthonous <u>A</u>merican <u>M</u>oor <u>A</u>lien (Friend) <u>R</u>epublican <u>U</u>niversal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity; do hereby declare and affirm under the penalty of perjury under the universal law of Our Most High Divine Source of the Force, Universal Father Allah, and under the laws of the United States, that the foregoing is true, correct, certain, complete to the best of my own first-hand personal knowledge, not misleading, admissible as evidence, and in accord with the righteous upright moral integrity of my honorable intent, and if called upon to offer rhetoric and testify as to the veracity of the evidence herein proffered and preferred, I shall so state.

This affidavit is dated on or about the <u>Nineteenth</u> day of the <u>First</u> month in the Moorish Calendar Year (M.C.Y.) of Our Most High Divine Source of the Force Universal Father Allah Fourteen Hundred Thirty-Eight (1438) [Gregorian Calendar Year (G.C.Y.) 2018 - January, 19]

### Witness My Hand and Seal:

*Maalik Taquan Rahshe Gullett El, Autochthonous American Man Alien Friend*

Maalik Taquan Rahshe Gullett El; Son On Behalf of Mother: AAMARU Religious Consul Association [P.O.W #62013-018 - Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida 33521-1033]

Highly Favored Shekinah Syteria Hephzibah El, <u>A</u>utochthonous <u>A</u>merican <u>M</u>oor <u>A</u>lien (Friend) <u>R</u>epublican <u>U</u>niversal Government [AAMARU] Religious Consul Association

Prisoner of War for National Liberation from Colonialism: [P.O.W #61975-018]

Unlawfully Detained and Falsely Imprisoned at:

FCI Tallahassee, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida 32301

6 of 7

NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

## Certificate of Service

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, competent Natural Man/Woman of majority, do certify and affirm that on or about the Nineteenth day of the First month in the year of Our Lord Father Allah Fourteen Hundred Thirty Eight (1438) [G.C.Y. 2018-January, 19], the following document(s) were mailed by U.S. Postal Mail, First-Class Postage Pre-Paid:

1. Affidavit of Merits To Appeal In Propria Persona (Or In Forma Pauperis) - Habeas Corpus Natural Equity Claim Contract Under Seal [7 pages]; and
2. Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis w/6-Month Institutional Statement of Account (to the District Court) [ pages]; and
3. Certificate of Interested Persons and Corporate Disclosure Statement (CIP) [to the 11th Circuit, 1 page].

All document(s) are annexed hereto in full, included and mailed to:
4. Clerk of Court, U.S.D.C. Northern Florida Tallahassee Division,
   111 North Adams Street, 3rd Floor, Tallahassee, Florida 32301

5. David J. Smith, Clerk of Court, Eleventh Circuit Court of Appeals, Attn: Dionne S. Young, F;
   56 Forsyth Street, N.W., Atlanta, Georgia 30303

*Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend*
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Mother: AAMARU Religious Consul Association
[P.O.W. #62013-018 - Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida 33521-1033]
Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association
Prisoner of War for National Liberation from Colonialism: [P.O.W. #61975-018]
Unlawfully Detained and Falsely Imprisoned at:
FCI Tallahassee, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida 32301

Taquan Gullett
(P.O.№. 62013-018)
Federal Correctional Complex USP 1
P.O. Box 1033
Coleman, Florida [33521-1033]

CHECKED

Clerk of Court
United States District Court Northern Florida
Tallahassee Division
111 North Adams Street, 3rd Floor
Tallahassee, Florida 32301