UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

11th Circuit Appeal Number: 18-10460

| | |
|---|---|
| Gullett, Taquan; Son, On Behalf of Mother: Hephzibah, Syteria, In Propria Persona, Claimant, Affiant. | Claim Number: 4:17-cv-00532-WS-CJK |
| v. | **AFFIDAVIT OF MERITS TO APPEAL IN PROPRIA PERSONA (OR IN FORMA PAUPERIS)** |
| Coil, Craig; personal private capacity, | 7017 0530 0001 1315 2776 |
| Campbell, Joetta; personal private capacity, | |
| Anderson, Irish; personal private capacity, | In accord with: |
| Donar, Cedric; personal private capacity, | • Universal Declaration of Human Rights (1948) |
| Dempsey, Angela Cote; personal private capacity, | • United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960 |
| Hassler, Sara; personal private capacity, | • Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto |
| Marshall, Gwen; personal private capacity, | |
| Watson, Kim Lee; personal private capacity, | |
| Haskett, James; personal private capacity, | • U.N. Declaration on the Rights of Indigenous Peoples (2007) |
| Sheridan, Patrick; personal private capacity, | • Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 §112] |
| Loesch, Sheryl; personal private capacity, | |
| Hammer, Michael; personal private capacity, | • Treaty of Peace and Friendship (1787) and |
| Knox, Penelope; personal private capacity, | • United States for America Organic Constitution (1787) First Amendment Redress for Grievances |
| Corsmeier, Arnold B.; personal private capacity, | |
| Muldrow, W. Stephen; personal private capacity, | |
| Richardson, Monte C.; personal private capacity, | **ROME STATUTE** |
| Klindt, James R.; personal private capacity, | |
| Corrigan, Timothy J.; personal private capacity, | "Habeas Corpus Natural Equity Claim" |

1. On the record and for the record, present is Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, <u>A</u>utochthonous <u>A</u>merican <u>M</u>oor <u>A</u>lien (Friend) <u>R</u>epublican <u>U</u>niversal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity, [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court SYTERIA LAWRENCE ESTATE <u>NOTICE OF TRUST</u>/TAQUAN GULLETT ESTATE <u>NOTICE OF TRUST</u> #'s 17-CP-1286/1287; SYTERIA LAWRENCE ESTATE <u>CAVEAT</u>/TAQUAN GULLETT ESTATE <u>CAVEAT</u> #'s 17-CP-1020/1025; SYTERIA LAWRENCE ESTATE <u>Personal Replevin Claim</u>/TAQUAN GULLETT ESTATE <u>Personal Replevin Claim</u> #'s 17-CA-2142/2144 ].

2. Affiant does rise and give honors and recognition to the Holy Qur'an, Holy Koran (7) Circle Seven, Zodiac Constitution AA222141 (A1-Truth), Old Testament, New Testament, Great Law of Peace, Treaty of Peace and Friendship (1787), united states for America Organic Constitution (1787), Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 § 112], Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960, United Nations Declaration on the Rights of Indigenous Peoples (2007), Rome Statute, Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto, and First Amendment Redress for Grievances.

3. Affiant does hereby enter a restricted appearance attending by Special Visitation in accord with [Rule E(8)] for corrective action by Affidavit of Merits To Appeal In Propria Persona (Or In Forma Pauperis) Habeas Corpus Natural Equity Claim Contract Under Seal against Respondent(s) In their personal private capacity(ies) in accord with the Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration on the Rights of Indigenous Peoples (2007), United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples (1960), Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto, Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 §112], Treaty of Peace and Friendship (1787), and united states for America Organic Constitution (1787) First Amendment Redress for Grievances.

4. Affiant moves this court for an Order granting In Propria Persona (or In forma Pauperis) prosecution of this Interlocutory Appeal Number 18-10460 from the Referral and Order [of Bajzik, Donna; personal private capacity][Lyublanovits, Jessica J.; personal private capacity][and Stafford, William; personal private capacity], entered on or about the 22nd day of January, 2018. This Affidavit of Merits is in accord with the provisions of [28 U.S.C. §1915; and Fed. R. App. P. 24]. The required Affidavit Accompanying Motion (Affidavit) To Appeal In Propria Persona (or In Forma Pauperis) and 6-Month Certified Institutional Statement of Account are included herewith to the District Court and annexed hereto in full by this reference for the 11th Circuit Court of Appeals and shows that Affiant is "unable to pay" within the meaning of [28 U.S.C. §1915(a)(1)]. Also See Affidavit of Information as Letter Rogatory To United Nations High Commissioner For Human Rights and as

5. Affiant filed Affidavit of Merits as Notice of Interlocutory Appeal and as Objection to Referral and Order Dated 22nd Day of January 2018, annexed hereto in full by this reference, with the 11th Circuit Court of Appeals on or about the 2nd day of February, 2018, and with the District Court on or about the 13th day of February, 2018. The Affidavit of Merits as Notice of Interlocutory Appeal and as Objection to Referral and Order Dated 22nd Day of January 2018 shows cause by ample merit, authority, weight and preponderance of evidence, why the Clerk of this court is empowered and has jurisdiction to enter Respondent(s)' Default, Default Judgment, and Confession of Judgment in this action. [A] The "Habeas Corpus Affidavits" were properly delivered to the Clerk and were properly served upon Respondent(s)[see Mailbox Rule; Contract Under Seal; Fed. R. Civ. P. 3, 5(d)(2)(A); In re Arthur Anderson + Co., 621 F.2d 37, 39 (1st Cir. 1980); Greenwood v. N.Y. Office of Mental Health, 842 F.2d 636, 638-639 (2nd Cir. 1988); 28 U.S.C. §2243; Habeas Corpus Rule 4(); Bundy v. Wainwright, 808 F.2d 1410, 1414-16 (11th Cir. 1987)]; [B] Respondent(s) were given fair Notice and Opportunity (i.e. Due Process)[see Habeas Corpus Affidavits, Letters Rogatory/ Letters of Request]; [C] Respondent(s)' did fail/neglect to timely, adequately, fully, and completely rebut, respond to, answer to, or otherwise defend against the Habeas Corpus Affidavits, and the applicable time limit did expire; [D] Respondent(s) are entered into Default and Default Judgment; [E] Clerk's are empowered to enter Default, Default Judgment, and Confession of Judgment [see Fed. R. Civ. P. 55(a), (b)(1); 79(a), (a)(1); National Leasing Co. v. Williams, 80 F.R.D. 416, 418 (W.D. Pa. 1978)]; [F] Clerk's failure to timely docket Default, Default Judgment, and Confession of Judgment does not excuse Respondent(s)' Default/ Default Judgment/Confession of Judgment, nor is it a jurisdictional issue, nor does it prevent entry of the valid Default/Default Judgment/Confession of Judgment of Respondent(s)[see Connecticut Nat'l. Mortg. Co. v. Brandstatter, 897 F.2d 883, 884-885

6. The errors identified and described in the <u>Affidavit of Merits as Notice of Interlocutory Appeal and as Objection To Referral and Order Dated 22nd Day of January 2018</u>, and the merits, evidence, and authorities proffered and preferred therein and in the <u>Affidavit of Merits as Notice of Appeal and as Objection to Report and Recommendation</u>, <u>Affidavit For Stay of Execution and Enforcement of Judgment Pending Appeal and Certiorari</u>, <u>Affidavit For Entry of Clerk's Default and For Entry of Clerk's Default Judgment</u>, <u>Affidavit of Information as Letter Rogatory and as Report and Preferral of Charges to Attorney General and All Constitutional Authorities of Record</u>, <u>Affidavit For Habeas Corpus-Interrogatories (Addendum)(Annex)</u>, <u>Modified Affidavit For Habeas Corpus (Addendum)(Annex)</u>, and <u>Affidavit For Habeas Corpus</u>, <u>all annexed hereto in full by this reference</u>, hereinafter, "<u>Affidavits</u>," do constitute meritorious assertions of law and are in fact supported by ample authorities, merits, weight and preponderance of evidence therein. Therefore, Affiant's factual and lawful assertions are not frivolous [see <u>Free v. United States</u>, 879 F.2d 1535, 1536 (7th Cir. 1989)]. An appeal is not frivolous in accord with the meaning of [28 U.S.C. §1915] when it asserts any contention and/or claim that is conceivably meritorious [see <u>Livingston v. Adirondack Beverage Co.</u>, 141 F.3d 434, 437 (2d Cir. 1998)].

7. Further, the United Nations Declaration on the Rights of Indigenous Peoples (2007) holds that: "Indigenous peoples have the right to <u>just and fair redress</u>... States shall provide <u>just and fair redress</u> through effective mechanisms" [see Articles 11, 20, 28, 32]. "Particular attention shall be paid to the <u>rights</u> and <u>special needs</u> of <u>indigenous elders</u>, <u>women</u>... to enjoy the <u>full protection</u> and <u>guarantees</u> against <u>all forms of violence and discrimination</u>" [see Articles 21, 22]. "Indigenous peoples have the right to the <u>recognition</u>, <u>observance</u>, and <u>enforcement</u> of <u>treaties</u>, <u>agreements</u>, and <u>other constructive arrangements</u>

A. <u>Article 39</u> - "Indigenous peoples have the <u>right to have access to</u> <u>financial</u> and <u>technical assistance</u> from States and through international cooperation, for the enjoyment of the rights contained in this Declaration."

B. <u>Article 40</u> - "Indigenous peoples have the right to <u>access to</u> and <u>prompt decision through just and fair procedures</u> for the resolution of <u>conflicts and disputes with</u> States <u>or other parties</u>, as well as to <u>effective remedies for all infringements of their individual and collective rights</u>. Such a decision shall give due consideration to the customs, traditions, rules, and legal systems of the indigenous peoples concerned and international human rights."

C. <u>Article 43</u> - "The rights recognized herein <u>constitute the minimum standards</u> for the survival, dignity, and well-being of the indigenous peoples of the world."

8. Whereas, Supersedeas Bond is not required for this action, however, Affiant respectfully offers this <u>Affidavit of Merits To Appeal In Propria Persona (Or In Forma Pauperis)</u>, <u>Affidavit Accompanying Motion (Affidavit) To Appeal In Propria Persona (Or In Forma Pauperis)</u>, and the aforementioned and annexed "<u>Affidavits</u>," as security to the United States District Court Northern Florida Tallahassee Division, 11th Circuit Court of Appeals, and the Supreme Court of the United States, in the nature of a Supersedeas Bond. Affiant further respectfully offers that this Interlocutory Appeal Number 18-10460 proceed on original record in accord with [Fed. R. App. P. 24(c)] [see Harris v. Forsyth, 742 F.2d 1277, 1278 (11th Cir. 1984)].

In Honor.

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Nephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity; do hereby declare and affirm under the penalty of perjury under the universal law of Our Most High Divine Source of the Force Universal Father Allah, and under the laws of the United States, that the foregoing is true, correct, certain, complete to the best of my own first-hand personal knowledge, not misleading, admissible as evidence, and in accord with the righteous upright moral integrity of my honorable intent, and if called upon to offer rhetoric and testify as to the veracity of the evidence herein proffered and preferred, I shall so state.

This affidavit is dated on or about the __Fourteenth__ day of the __Second__ month in the Moorish Calendar Year (M.C.Y.) of Our Most High Divine Source of the Force Universal Father Allah Fourteen Hundred Thirty Eight (1438) [Gregorian Calendar Year (G.C.Y.) 2018-February, 14]

Witness My Hand and Seal:

Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend)
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Mother: AAMARU Religious Consul Association
[P.O.W. # 62013-018-Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida 33521-1033]
Highly Favored Shekinah Syteria Nephzibah El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association
Political Prisoner of War for National Liberation from Colonialism: [P.O.W. # 61975-018]

# Certificate of Service

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, competent Natural Man/Woman of majority, do certify and affirm that on or about the Fourteenth day of the Second month in the year of Our Lord Father Allah Fourteen Hundred Thirty Eight (1438) [G.C.Y. 2018-February 14], the following document(s) were mailed by U.S. Postal Mail, First-Class Postage Pre-Paid:

1. Affidavit of Merits To Appeal In Propria Persona (Or In Forma Pauperis) - Habeas Corpus Natural Equity Claim Contract Under Seal [8 pages]; and
2. Affidavit Accompanying Motion (Affidavit) To Appeal In Propria Persona (Or In Forma Pauperis) w/ 6-Month Certified Institutional Statement of Account (to District Court) [10 pages]; and
3. Certificate of Interested Persons and Corporate Disclosure Statement (CIP) [(to 11th Circuit) 1 page]

All document(s) are annexed hereto in full and Included and mailed to:

4. Clerk of Court, U.S.D.C. Northern Florida Tallahassee Division, 111 North Adams Street, 3rd Floor, Tallahassee, Florida 32301

5. David J. Smith, Clerk of Court; Eleventh Circuit Court of Appeals; Attn: Dionne S. Young, F.; 56 Forsyth Street, N.W., Atlanta, Georgia 30303

Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Mother: AAMARU Religious Consul Association
[P.O.W. # 62013-018-Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida 33521-1033]
Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association
Political Prisoner of War for National Liberation from Colonialism: [P.O.W. #61975-018]