UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAQUAN GULLETT,
as Next Friend of Syteria Hephzibah,

    Petitioner,

v.                                       Case No. 4:17cv532-WS-CJK

CRAIG COIL, et al.,

    Respondents.
_____/

## ORDER

This habeas case, filed under 28 U.S.C. § 2241, is before the court on petitioner's motion for leave to proceed *in forma pauperis* in Appeal No. 18-10460. (Doc. 33). Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24(a), I certify that this appeal is NOT taken in good faith and that petitioner is NOT entitled to proceed *in forma pauperis* on appeal. The reasons for my decision are outlined in my Order dated January 22, 2018 (doc. 19).

Accordingly, it is ORDERED:

1. Petitioner's motion for leave to proceed *in forma pauperis* in Appeal No. 18-10460 (doc. 33) is DENIED.

2. Petitioner shall pay the $505.00 appellate filing fee within **30 days** from the date of this order.

DONE AND ORDERED this 13th day of March, 2018.

                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE