UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

11th Circuit Appeal Numbers: 18-10060, 18-10460

| | |
|---|---|
| Gullett, Taquan; Son, On Behalf of Mother: Hephzibah, Syteria, In Propria Persona, Claimant, Affiant. <br><br> V. <br><br> Coil, Craig; personal private capacity, <br> Campbell, Joetta; personal private capacity, <br> Anderson, Irish; personal private capacity, <br> Donar, Cedric; personal private capacity, <br> Dempsey, Angela Cote; personal private capacity, <br> Hassler, Sara; personal private capacity, <br> Marshall, Gwen; personal private capacity, <br> Watson, Kim Lee; personal private capacity, <br> Haslett, James; personal private capacity, <br> Sheridan, Patrick; personal private capacity, <br> Loesch, Sheryl; personal private capacity, <br> Hommer, Michael; personal private capacity, <br> Knox, Penelope; personal private capacity, <br> Corsmeier, Arnold B.; personal private capacity, <br> Muldrow, W. Stephen; personal private capacity, <br> Richardson, Monte C.; personal private capacity, <br> Klindt, James R.; personal private capacity, <br> Corrigan, Timothy J.; personal private capacity, <br> Howard, Marcia Morales; personal private capacity, <br><br> Respondent(s). | Claim Number: 4:17-cv-00532-WS-CJK <br><br> **JUDICIAL NOTICE OF ADJUDICATIVE FACTS:** <br> Letter Rogatory/Letter of Request for International Judicial Assistance and Application For Ex Rel. Action/Humanitarian Intervention/Amicus Curiae (in Claim Number: 5:17-cv-00527-WTH-PRL) <br> # 7017 0530 0001 1315 2790 <br><br> In accord with: <br> ○ Universal Declaration of Human Rights (1948) <br><br> ○ United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960 <br><br> ○ U.N. Declaration on the Rights of Indigenous Peoples (2007) <br><br> ○ Hague Evidence Convention [23 U.S.T. 2555, T.I.A.S. No. 7444] Articles 1, 3, 4, 42 codified at [28 U.S.C. §1781] <br><br> [ 22 C.F.R. §§ 92.54, 92.66(a) ] <br><br> [ Fed. R. Ev. 201 ] <br><br> [ ROME STATUTE ] <br><br> " Habeas Corpus Natural Equity Claim " <br> CONTRACT UNDER SEAL |

NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

On the record and for the record, present is Taquan Gullett, also called Maalik Rahshe El, and Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity in accord with the meaning of [8 U.S.C. §1101 - Alien(s), Alien (Foreign) Estate(s); and 18 U.S.C. §§1116 (b)(1),(2),(3),(4) - Alien (Foreign) Government, Alien (Foreign) Official(s), Internationally Protected Persons(s), Family]; irrespective of recognition by the United States [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court TAQUAN GULLETT ESTATE NOTICE OF TRUST / SYTERIA LAWRENCE ESTATE NOTICE OF TRUST #'s 16-2017-CP-1286/1287; TAQUAN GULLETT ESTATE CAVEAT / SYTERIA LAWRENCE ESTATE CAVEAT #'s 16-2017-CP-1020/1025; TAQUAN GULLETT ESTATE Personal Replevin Claim / SYTERIA LAWRENCE ESTATE Personal Replevin Claim #'s 16-2017-CA-2142/2144].

It is Affiant's and Affiant's Mother's honor to direct the courts' attention to take JUDICIAL NOTICE of the following adjudicative facts [Fed. R. Ev. 201]:

Letter Rogatory / Letter of Request For International Judicial Assistance and Application For Ex Rel. Action / Humanitarian Intervention / Amicus Curiae filed and docketed in Habeas Corpus Action # 5:17-cv-00527-WTH-PRL.

Eighth day of the Third month 1438
[G.C.Y. 2018 - March, 8]

_____
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Himself and Mother:
Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association

Political Prisoner of War for National Liberation from Colonialism : [P.O.W. #'s [62013-018] [61975-018]
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida [33521-1033]
FCI Tallahassee, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida [32301]

NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

## Certificate of Service

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Himself and Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien(friend) Republican Universal Government [AAMARU] Religious Consul Association, competent Natural Man/Woman of majority, do certify and affirm that on or about the **Eighth** day of the **Third** month in the year of Our Lord Father Allah fourteen Hundred Thirty Eight (1438) [G.C.Y. 2018-March, 8], the following document(s) were mailed by U.S. Postal Mail, First-Class Postage Pre-Paid:

**1.** JUDICIAL NOTICE OF ADJUDICATIVE FACTS [Fed.R.Ev.201]: Letter Rogatory/Letter of Request For International Judicial Assistance and Application For Ex Rel. Action/Humanitarian Intervention/Amicus Curiae (in Claim Number: 5:17-cv-00527-WTH-PRL) [4 pages].

All document(s) and Judicial Notice are included to:

A. Clerk of Court; U.S.D.C. Northern Florida Tallahassee Division;
   111 North Adams Street, 3rd Floor, Tallahassee, Florida 32301

B. David J. Smith, Clerk of Court; Eleventh Circuit Court of Appeals;
   56 Forsyth Street, N.W., Atlanta, Georgia 30303

C. Zeid Ra'ad Al Hussein, United Nations High Commissioner for Human Rights (OHCHR)
   OHCHR in New York / U.N. Headquarters, New York, New York 10017
   Cc: OHCHR-UNOG, 8-14 Avenue de la Paix, 1211 Geneva 10, Switzerland

D. Vice Admiral James Crawford, III; Judge Advocate General Navy
   Rear Admiral John G. Hannik; Deputy Judge Advocate General Navy
   1322 Patterson Avenue, Suite 3000, Washington Navy Yard, District of Columbia 20374-5066

E. Anne M. Brennan; Acting General Counsel of the Navy
   Garret L. Ressing; Deputy General Counsel of the Navy
   2000 Navy Pentagon, Washington, District of Columbia 20350

F. Rear Admiral Steven J. Anderson; Judge Advocate General + Chief Counsel U.S. Coast Guard
   Mr. Calvin Lederer; Deputy Judge Advocate General U.S. Coast Guard
   2703 Martin Luther King Jr. Avenue, SE, Washington, District of Columbia 20593-7213

G. Major General Michael A. Calhoun; Adjutant General Florida Army + Air National Guard
   St. Francis Barracks, 82 Marine Street, St. Augustine, Florida 32084

H. Jeff Sessions; Attorney General; 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

<u>Maalik Taquan Rahshe Gullett EL, Autochthonous American Moor Alien (Friend)</u>
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Himself and mother :
Highly Favored Shekinah Syteria Hephzibah El, <u>Autochthonous American Moor Alien (Friend)</u>
Republican Universal Government [AAMARU] Religious Consul Association

Political Prisoners of War for National Liberation from Colonialism: [P.O.W.#'s 62013-018]
                                                                            [61975-018]
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida [33521-1033]
FCI Tallahassee, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida [32301]

Tarquan Gullett
(P.U.W. 62013-018)
Federal Correctional Complex USP 1
P.O. Box 1033
Coleman, Florida [33521-1033]



TAMPA FL 335
SAINT PETERSBURG FL
16 MAR 2018 PM 5 L

Clerk of Court
United States District Court Northern Florida Tallahassee Division
111 North Adams Street, 3rd Floor
Tallahassee, Florida 32301

32301-773097