# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 15, 2018

Jessica Lyublanovits
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301-7717

Appeal Number: 18-10060-F
Case Style: Taquan Gullett v. Craig Coil, et al
District Court Docket No: 4:17-cv-00532-WS-CJK

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F/bmc
Phone #: (404) 335-6224

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 18-10060-F

TAQUAN GULLETT,

Petitioner-Appellant,

versus

CRAIG COIL,
JOETTA CAMPBELL,
IRISH ANDERSON,
CEDRIC DONAR,
ANGELA COTE DEMPSEY, et al.,

Respondents-Appellees.

Appeal from the United States District Court
for the Northern District of Florida

Before: WILSON, ROSENBAUM and JULIE CARNES, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Taquan Gullett appeals from a magistrate judge's report and recommendation ("R&R") recommending that his 28 U.S.C. § 2241 petition be dismissed for lack of jurisdiction. The magistrate judge's R&R is not a final or directly appealable order that we have jurisdiction to review. *See United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009); *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982). In addition, the district court's subsequent adoption of the R&R on January 2, 2018 does not cure the premature notice of appeal. *See Perez-Priego v. Alachua Cty. Clerk of Court*, 148 F.3d 1272, 1273 (11th Cir. 1998).

We note that Mr. Gullett's appeal from the district court's January 22, 2018 denial of his motion for default judgment is currently pending before this Court in No. 18-10460. Nothing in this order shall preclude Mr. Gullett from seeking review of the final judgment of dismissal in that appeal in accordance with all applicable rules.

All pending motions are DENIED as moot. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.