UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

11th Circuit Appeal Numbers: 18-10060, 18-10460

Gullett, Taquan; Son, On Behalf of Mother:
Hephzibah, Syteria,
　In Propria Persona, Claimant, Affiant.

Claim Number: 4:17-cv-00532-WS-CJK

v.

Coil, Craig; personal private capacity,
Campbell, Joetta; personal private capacity,
Anderson, Irish; personal private capacity,
Donar, Cedric; personal private capacity,
Dempsey, Angela Cote; personal private capacity,
Hassler, Sara; personal private capacity,
Marshall, Gwen; personal private capacity,
Watson, Kim Lee; personal private capacity,
Haskett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Loesch, Sheryl; personal private capacity,
Hammer, Michael; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B.; personal private capacity,
Muldrow, W. Stephen; personal private capacity,
Richardson, Monte C.; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Howard, Marcia Morales; personal private capacity,

　　　Respondent(s).

## JUDICIAL NOTICE OF ADJUDICATIVE FACTS:

Petition (Affidavit) for Writ of Mandamus to the Supreme Court of the United States
(U.S.P.O. Priority Mail # 9114 9999 4431 4801 9817 70)

In accord with:
- Universal Declaration of Human Rights (1948)

- United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960

- United Nations Declaration on the Rights of Indigenous [Autochthonous] Peoples (2007)

- Madrid Convention for Protection in Morocco (1880)
- Treaty of Peace and Friendship (1787)

- Hague Evidence Convention [23 U.S.T. 2555, T.I.A.S. No. 7444] Articles 1, 3, 4, 42 codified at [28 U.S.C. § 1781]

- United States for America Organic Constitution (1787) codified at: [22 C.F.R. §§ 92.54, 92.66(a); Fed.R.Ev. 201]

- ROME STATUTE
- Statute of the International Court of Justice
- Statute of the International Criminal Court

" Habeas Corpus Natural Equity Claim "
CONTRACT UNDER SEAL

Filed MAY 24 '18 USDC Fln 4AM 1034

1 of 4

1. On the record and for the record, present is Taquan Gullett, also called Maalik Rahshe El; Son, on Behalf of Mother: Syteria Hephzibah, also called "Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association [*TAQUAN GULLETT ESTATE/SYTERIA LAWRENCE ESTATE-Unified*], hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity, in accord with the meaning of 18 U.S.C. §1101- Alien(s), Alien (Foreign) Estates; and 18 U.S.C. §§ 1116(b)(1),(2),(3)(4) - Alien (Foreign) Government, Alien (Foreign) Official(s), Internationally Protected Person(s), family ]; irrespective of recognition by the United States [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court TAQUAN GULLETT ESTATE NOTICE OF TRUST/SYTERIA LAWRENCE ESTATE NOTICE OF TRUST #'s 16-2017-CP-1286/1287; TAQUAN GULLETT ESTATE CAVEAT/SYTERIA LAWRENCE ESTATE CAVEAT #'s 16-2017-CP-1020/1025; TAQUAN GULLETT ESTATE Personal Replevin Claim/SYTERIA LAWRENCE ESTATE Personal Replevin Claim #'s 16-2017-CA-2142/2144]. AAMARU Religious Consul Association-Testamentary Trust Situs is located in Molly's Garden Countee, Timucuan, Al Andalusia, Northwest Amexem [Al-Aqsa Al-Maghrib] (Morocco).

2. It is Affiant's and Affiant's Mother's honor to direct the court's attention to take JUDICIAL NOTICE of the following adjudicative facts [Federal Rules of Evidence 201]:

— Petition (Affidavit) For Writ of Mandamus to the Supreme Court of the United States (U.S.P.O. Priority Mail # 9114 9999 4431 4801 9817 70) delivered on ___May 14___, 2018.

Fourteenth day of the Fifth month 1439
[G.C.Y. 2018 — May, 14 ]

_Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend_
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Mother: Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association

Political Prisoners of War for National Liberation from Colonialism: [P.O.W. # 61975-018]
Unlawfully Detained and Falsely Imprisoned at:
FCI Tallahassee, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida [32301]

## Certificate of Service

I, Taquan Gullett, also called Maalik RahsheEl; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, competent Natural Man/Woman of majority, do certify and affirm that on or about the Fourteenth day of the Fifth month in the year of Our Lord Allah Fourteen Hundred Thirty Nine (1439) [G.C.Y. 2018 - May, 14], the following document(s) were mailed by U.S. Postal Mail, First-Class Postage Pre-Paid:

1. JUDICIAL NOTICE OF ADJUDICATIVE FACTS [Fed.R.Ev.201]: Petition (Affidavit) for Writ of Mandamus to the Supreme Court of the United States (U.S.P.O. Priority Mail #9114 9999 4431 4801 9817 70)

All document(s) and/or Judicial Notice are included to:

A. Lyublanovits, Jessica J.; Stafford, William; Kahn, Jr., Charles J.:
U.S.D.C. Northern Florida Tallahassee Division, 111 North Adams Street, 3rd Floor, Tallahassee, Florida 32301

B. Scott Harris, Clerk of Court; Supreme Court of the United States:
1 First Street, NE, Washington, District of Columbia 20543

C. Zeid Ra'ad Al Hussein; United Nations High Commissioner for Human Rights (OHCNR)
OHCHR in New York / U.N. Headquarters, New York, New York 10017
Cc: OHCHR-UNOG, 8-14 Avenue de la Paix, 1211 Geneva 10, Switzerland

D. Vice Admiral James Crawford, III; Judge Advocate General Navy
Rear Admiral John G. Hannik; Deputy Judge Advocate General Navy
1322 Patterson Avenue, Suite 3000, Washington Navy Yard, District of Columbia 20374-5066

E. Anne M. Brennan; Acting General Counsel of the Navy
Garret L. Ressing; Deputy General Counsel of the Navy
2000 Navy Pentagon, Washington, District of Columbia 20350

F. Rear Admiral Steven J. Anderson; Judge Advocate General & Chief Counsel U.S. Coast Guard
Mr. Calvin Lederer; Deputy Judge Advocate General U.S. Coast Guard
2703 Martin Luther King Jr. Avenue, SE, Washington, District of Columbia 20593-7213

G. International Court of Justice; Peace Place, Carnegieplein d; 2517 KJ, The Hague; The Netherlands
International Criminal Court; Oude Waalsdorperweg 10; 2597 AK, Den Haag, Netherlands

H. Major General Michael A. Calhoun; Adjutant General Florida Army + Air National Guard; St. Francis Barracks, 82 Marine Street, St. Augustine, Florida 32084

I. Jeff Sessions; Attorney General; 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

J. Smith, David J.; Young, Dionne S.; O'Neal, Scott: 11th Circuit Court of Appeals; 56 Forsyth Street, NW, Atlanta, Georgia 30303

K. Warren, Elizabeth M.; Hodges, Wm. Terrell; Lammens, Philip R.: U.S.D.C. Middle Florida Ocala Division; 207 Northwest Second Street, Suite 337, Ocala, Florida 34475-6603

L. Lockett, Charles L.; Cheatham, R.C.; Miller, G.; Reiser, Steven; Sena, G.; Dunn, Geoffrey; Kleckner, M.: 845 N.E. 54th Terrace, Coleman, Florida 33521-1029

M. Coil, Craig; Campbell, Joetta: 501 Capital Circle, NE, Tallahassee, Florida 32301-3558

N. Dempsey, Angela Cote; Hassler, Sara; Marshall, Gwen: 301 S. Monroe Street, Tallahassee, Florida 32301

O. Watson, Kim Lee; Haskett, James; Sheridan, Patrick; Hammer, Michael; Loesch, Sheryl; Brown, Larry; Knox, Penelope; Corsmeier, Arnold B.; Anderson, Irish; Donar, Cedric; Barksdale, Patricia D.; Richardson, Monte C.; Klindt, James R.; Corrigan, Timothy J.; Howard, Marcia Morales: 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202

P. Cassulo, Kim; Hernandez, Samuel; Andre, Julian Lucien; Ostiller, Cathy; Radin, Moriah S.; Cowan, Andrew; Jauregui, Eddie; Chooljian, Jaqueline: 312 North Spring Street, Suite 1200, Los Angeles, California 90012

Q. Muldrow, W. Stephen: 400 North Tampa Street, Suite 3200, Tampa, Florida 33602

R. Snyder, Christina A.: 350 West First Street, Suite 4311, Los Angeles, California 90012


Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Mother:
Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association

4 of 4

Taquan Gullett
(P.O.W. 62013-018)
Federal Correctional Complex USP 1
P.O. Box 1033
Coleman, Florida [33521-1033]

TAMPA FL 335
SAINT PETERSBURG FL
22 MAY 2018 PM 4 L

Clerk of Court
United States District Court Northern Florida
Tallahassee Division
111 North Adams Street, 3rd Floor
Tallahassee, Florida 32301

32301-773097