# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 27, 2018

Taquan Gullett
USP Coleman I - Inmate Legal Mail
PO BOX 1033
COLEMAN, FL 33521-1033

Appeal Number: 18-10460-F
Case Style: Taquan Gullett v. Craig Coil, et al
District Court Docket No: 4:17-cv-00532-WS-CJK

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the DISTRICT COURT clerk the docketing and filing fees, with notice to this office.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-10460-F

_____

TAQUAN GULLETT,

                                                  Petitioner-Appellant,

versus

CRAIG COIL,
JOETTA CAMPBELL,
IRISH ANDERSON,
CEDRIC DONAR,
ANGELA COTE DEMPSEY, et al.,

                                                  Respondents-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. *See Pace v. Evans*, 709 F.2d 1428 (11th Cir. 1983).

                                                  /s/ William H. Pryor Jr.
                                                  UNITED STATES CIRCUIT JUDGE