# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 26, 2018

Jessica Lyublanovits
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301-7717

Appeal Number: 18-10460-F
Case Style: Taquan Gullett v. Craig Coil, et al
District Court Docket No: 4:17-cv-00532-WS-CJK

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

All pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

Case 4:17-cv-00532-WS-CJK   Document 40   Filed 07/26/18   Page 2 of 2
Case: 18-10460   Date Filed: 07/26/2018   Page: 2 of 2

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 18-10460-F

_____

TAQUAN GULLETT,

                                Petitioner - Appellant,

versus

CRAIG COIL,
JOETTA CAMPBELL,
IRISH ANDERSON,
CEDRIC DONAR,
ANGELA COTE DEMPSEY, et al.,

                                Respondents - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Taquan Gullett has failed to pay the filing and docketing fees to the district court within the time fixed by the rules, effective July 26, 2018.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Dionne S. Young, F, Deputy Clerk

                                                           FOR THE COURT - BY DIRECTION