Supreme Court Number: 18-6630

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

11th Circuit Appeal Numbers: 18-10460, 18-10060
Claim Number: 4:17-cv-00532-WS-CJK

Gullett, Taquan; Son, On Behalf of Mother:
Hephzibah, Syteria,
  In Propria Persona, Claimant, Affiant.

v.

Coil, Craig.; personal private capacity,
Campbell, Joetta.; personal private capacity,
Anderson, Irish; personal private capacity,
Donar, Cedric.; personal private capacity,
Dempsey, Angela Cote.; personal private capacity,
Hassler, Sara; personal private capacity,
Marshall, Gwen; personal private capacity,
Watson, Kim Lee; personal private capacity,
Haskett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Loesch, Sheryl; personal private capacity,
Hammer, Michael; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B.; personal private capacity,
Muldrow, W. Stephen; personal private capacity,
Richardson, Monte C.; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Howard, Marcia Morales; personal private capacity,

                    Respondent(s).

FILED USDC FLND TL
NOV 26 '18 PM2:31

## JUDICIAL NOTICE OF ADJUDICATIVE FACTS:
Petition for Writ of Mandamus - Supreme Court # 18-6630
Notice of Filing, Docketing, and Waiver

In accord with:
- Universal Declaration of Human Rights (1948)

- United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960

- United Nations Declaration on the Rights of Indigenous [Autochthonous] Peoples (2007)

- Madrid Convention for Protection in Morocco (1880)

- Treaty of Peace and Friendship (1787)

- Hague Evidence Convention [23 U.S.T. 2555, T.I.A.S. No. 7444] Articles 1, 3, 4, 42 codified at [28 U.S.C. §1781]

- United states for America Organic Constitution (1787) codified at [22 C.F.R. §§ 92.54, 92.66(c); Fed. R. Ev. 201]

- ROME STATUTE
- Statute of the International Court of Justice
- Statute of the International Criminal Court

"Habeas Corpus Natural Equity Claim"
CONTRACT UNDER SEAL

1 of 3

# Supreme Court of the United States

In Re: Taquan Gullett
       (Petitioner)

       v.                          No. 18-6630

       N/A
       (Respondent)

To _____ Counsel for Respondent:

    **NOTICE IS HEREBY GIVEN** that a petition for writ of mandamus in the above-entitled case was filed in the Supreme Court of the United States on May 25, 2018, and placed on the docket November 8, 2018.

    Beginning November 13, 2017, parties represented by counsel must submit filings through the Supreme Court's electronic filing system. Paper remains the official form of filing, and electronic filing is in addition to the existing paper submission requirement. Attorneys must register for the system in advance, and the registration process may take several days. Further information about the system can be found at https://www.supremecourt.gov/filingandrules/electronicfiling.aspx.

                                            Mr. Taquan Gullett
                                            PO Box 1033
                                            Coleman, FL  33521

NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

# WAIVER

## Supreme Court of the United States

No. 18-6630

In Re: Taquan Gullett     v.     N/A
(Petitioner)                        (Respondent)

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of ~~certiorari~~ mandamus unless one is requested by the Court.

Please check the appropriate boxes:

☐ Please enter my appearance as Counsel of Record for all respondents.

☐ There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):

_____

_____

☐ I am a member of the Bar of the Supreme Court of the United States.

☐ I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member.

Signature _____

Date: _____

(Type or print) Name_____
    ☐ Mr.      ☐ Ms.      ☐ Mrs.      ☐ Miss

Firm_____

Address_____

City & State_____ Zip _____

Phone _____

SEND A COPY OF THIS FORM TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

Cc:

Obtain status of case on the docket. By phone at 202-479-3034 or via the internet at http://www.supremecourtus.gov. Have the Supreme Court docket number available.

Taquan Gullett
(62013-018)
Federal Correctional Complex USP-1
P.O. Box 1033
Coleman, Florida [33521-1033]

TAMPA FL 335
SAINT PETERSBURG FL
20 NOV 2018 PM 3 L

CHECKED NOV 26 2018

Jessica J. Lyublanovits, Office of Clerk of Court
United States District Court Northern Florida Tallahassee Division
111 North Adams Street, 3rd floor
Tallahassee, Florida 32301



32301-773097

F.C.C. COLEMAN
MAIL ROOM
846 N.E. 54TH TERR
COLEMAN, FLORIDA
33521

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING. THE LETTER HAS BEEN NEITHER OPENED OR INSPECTED. IF THE WRITER RAISES A QUESTION OR A PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MAIL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESSEE.

_____   _____
DATE              MAIL ROOM STAFF