

Supreme Court Number: 18-6630

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

11th Circuit Appeal Numbers: 18-10460, 18-10060
Claim Number: 4:17-cv-00532-WS-CJK
USDC Priority Mail # 9114 9999 4431 4801 9832 93

Gullett, Taquan; Son, On Behalf of Mother:
Hephzibah, Syteria,
  In Propria Persona, Claimant, Affiant.

JUDICIAL NOTICE OF ADJUDICATIVE FACTS:

NOTICE OF JOINDER

V.

In accord with:
- Universal Declaration of Human Rights (1948)*

Coil, Craig; personal private capacity,
*McNeil, Walt; personal private capacity,*
Campbell, Joetta; personal private capacity,
Anderson, Irish; personal private capacity,
Donar, Cedric; personal private capacity,
Dempsey, Angela Cote; personal private capacity,
Hassler, Sara; personal private capacity,
Marshall, Gwen; personal private capacity,
Watson, Kim Lee; personal private capacity,
Naskett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Loesch, Sheryl; personal private capacity,
Hammer, Michael; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B.; personal private capacity,
Muldrow, W. Stephen; personal private capacity,
Richardson, Monte C.; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Howard, Marcia Morales; personal private capacity,

- United Nations Declaration of Independence to Colonial*
  Countries and Peoples; General Assembly Resolution 1514
  (XV)    of    14    December    1960

- United Nations Declaration on the Rights of*
  Indigenous [Autochthonous] Peoples (2007)

- Madrid Convention for Protection in Morocco (1880)*
- Treaty of Peace and Friendship (1787)*

- Hague Evidence Convention [23 U.S.T. 2555, T.I.A.S. No. 7444]
  Articles 1, 3, 4, 42 codified at [28 U.S.C. § 1781]

- Organic Constitution for the united states of America (1787)
  codified at [22 C.F.R. §§ 92.54, 92.66(a); Fed. R. Ev. 201]

ROME STATUTE
- Statute of the International Court of Justice
- Statute of the International Criminal Court

Respondent(s),

"Habeas Corpus Natural Equity Claim"
CONTRACT UNDER SEAL

FILED USDC FLND TL
JAN 16 '19 PM 12:10

1 of 4

1. On the record and for the record, present is Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El; General Executor/General Executrix-Caveator/Caveatrix for Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association Testamentary Trust [*TAQUAN GULLETT ESTATE / SYTERIA LAWRENCE ESTATE — Unified*]; hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity in accord with the meaning of [8 U.S.C. §1101 — Alien(s), Alien (Foreign) Estate(s); and 18 U.S.C. §§1116(b)(1), (2),(3),(4) — Alien (Foreign) Government, Alien (Foreign) Official(s), Internationally Protected Person(s), Family]; irrespective of recognition by the United States [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court TAQUAN GULLETT ESTATE NOTICE OF TRUST # 16-2017-CP-001286 / SYTERIA LAWRENCE ESTATE NOTICE OF TRUST # 16-2017-CP-001287; TAQUAN GULLETT ESTATE CAVEAT # 16-2017-CP-001025 / SYTERIA LAWRENCE ESTATE CAVEAT # 16-2017-CP-001020; TAQUAN GULLETT ESTATE Personal Replevin Claim # 16-2017-CA-002142 / SYTERIA LAWRENCE ESTATE Personal Replevin Claim # 16-2017-CA-002144].

2. AAMARU Religious Consul Association-Testamentary Trust Situs domicile is in Molly's Garden Countee, Timucuan, Al Andalusia, Northwest Amexem [Al-Aqsa Al-Maghrib] (Morocco).

3. It is Affiant's and Affiant's Mother's honor to direct the courts' attention to take JUDICIAL NOTICE of the following adjudicative facts [Federal Rules of Evidence 201]:

- Mc Neil, Walt; personal private capacity: 2825 Municipal Way; Tallahassee, Florida 32304 is hereby added as a Respondent to Supreme Court Number: 18-6630; Eleventh Circuit Numbers: 18-10460 + 18-10060; and U.S.D.C. Nor. Fla. Tallahassee Div. Number: 4:17-cv-00532-WS-CJK, by this JOINDER.

1 Jumada Al-Awwal 1440
[G.C.Y. 2019 - January, 7]

*Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend*
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Mother:
Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association Testamentary Trust

Political Prisoner of War for National Liberation from Colonialism: [P.O.W. # 61975-018]
Unlawfully Detained and Falsely Imprisoned at:
Leon County Jail; 535 Appleyard Drive; Tallahassee, Florida [32304]

## Certificate of Service

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El; General Executor/General Executrix-Caveator/Caveatrix for Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association Testamentary Trust [*TAQUAN GULLETT ESTATE / SYTERIA LAWRENCE ESTATE - Unified*], competent Natural Man/Woman of majority, do certify and affirm that on or about the First day of Jumada Al-Awwal in the year of Our Lord Allah Fourteen Hundred Forty (1440) [G.C.Y. 2019-January, 7], the following document(s) were mailed by U.S. Postal Mail, First-Class Postage Pre-Paid:

1. JUDICIAL NOTICE OF ADJUDICATIVE FACTS [Fed.R.Ev. 201]: NOTICE OF JOINDER to Supreme Court Number: 18-6630; 11th Cir. Numbers: 18-10460 + 18-10060; and U.S.D.C. Nor. Fla. Tallahassee Div. Number: 4:17-cv-00532-WS-CJK.

All document(s) and/or Judicial Notice are included to:

A. Scott S. Harris, Office of Clerk of Court; Supreme Court of the United States:
   1 First Street, NE; Washington, District of Columbia 20543
   USPO Priority Mail # 9114 9999 4431 9801 9830 93

B. Noel J. Francisco, Office of Solicitor General; U.S. Department of Justice:
   950 Pennsylvania Avenue, NW; Washington, District of Columbia 20530
   USPO Certified Mail # 7017 0530 0001 1315 3797

C. International Court of Justice: Peace Place; Carnegieplein 2; 2517 KJ; The Hague; The Netherlands

D. International Criminal Court: Oude Waalsdorperweg 10; 2597 AK; Den Haag; Netherlands

E. Consulate General Mr. Mohammed Ben Abdeljalil
   Consulate General of the Kingdom of Morocco in the United States
   10 East 40th Street; New York, New York 10016
   USPO Certified Mail # 7015 3430 0000 1203 5556

F. Rachid Zein, Counselor in Charge of the Consular Section
   Embassy of the Kingdom of Morocco
   1211 Connecticut Avenue, N.W., Suite 312; Washington, District of Columbia 20036
   USPO Certified Mail # 7015 3430 0000 1203 5631

G. José Ramon Cabañas Rodriguez, Ambassador
   Cuban Embassy in Washington, D.C.
   2630 16th Street; Washington, District of Columbia 20009
   USPO Certified Mail # 7015 3430 0000 1203 5563

H. The Office of the High Commissioner for Human Rights (ONCHR-UNOG)
   8-14 Avenue de la Paix, 1211 Geneva 10, Switzerland

I. Zeid Ra'ad Al Hussein; United Nations High Commissioner for Human Rights (ONCHR)
   ONCHR in New York / U.N. Headquarters; New York, New York 10017
   USPO Certified Mail # 7015 3430 0000 1203 6522

J. Vice Admiral James Crawford, III.; Judge Advocate General Navy
   Rear Admiral John G. Hannik; Deputy Judge Advocate General Navy
   1322 Patterson Avenue, Suite 3000; Washington Navy Yard, District of Columbia 20374-5066
   USPO Certified Mail # 7015 3430 0000 1203 6515

K. *① McNeil, Walt; personal private capacity; 2825 Municipal Way; Tallahassee, Florida 32304 *
   USPO Certified Mail # 7015 3430 0000 1203 5648

L. ② Dempsey, Angela Cote; ③ Hassler, Sara; ④ Marshall, Gwen: 301 S. Monroe Street, Tallahassee, Florida 32301

M. ⑤ Coil, Craig; ⑥ Campbell, Joetta; 501 Capital Circle, NE; Tallahassee, Florida 32301-3558

N. ⑦ Lyublanovitz, Jessica J.; ⑧ Stafford, William; ⑨ Kahn, Jr., Charles J.:
   U.S.D.C. Northern Florida Tallahassee Division; 111 North Adams Street, 3rd floor; Tallahassee, Florida 32301

O. ⑩ Smith, David J.; ⑪ Young, Dionne S.;
   Eleventh Circuit Court of Appeals; 56 Forsyth Street, N.W.; Atlanta, Georgia 30303

P. ⑫ Anderson, Irish; ⑬ Donor, Cedric; ⑭ Watson, Kim Lee; ⑮ Naskett, James; ⑯ Sheridan, Patrick; ⑰ Loesch, Sheryl;
   ⑱ Hammer, Michael; ⑲ Knox, Penelope; ⑳ Corsmeier, Arnold B.; ㉑ Richardson, Monte C.; ㉒ Klindt, James R.;
   ㉓ Corrigan, Timothy J.; ㉔ Howard, Marcia Morales:
   300 North Hogan Street, Suite 500/Suite 9-150; Jacksonville, Florida 32202

Q. ㉕ Muldrow, W. Stephen: 400 North Tampa Street, Suite 3200; Tampa, Florida 33602


_Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend_
Maalik Taquan Rahshe Gullett El; Son, On Behalf of Mother;
Highly Favored Shekinah Syteria Hephzibah El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [RAMARU] Religious Consul Association Testamentary Trust

Political Prisoner of War for National Liberation from Colonialism: [P.O.W. # 61975-018]
Unlawfully Detained and Falsely Imprisoned at:
Leon County Jail; 535 Appleyard Drive; Tallahassee, Florida [32304]

Taquan Gillett
(62013-018)
Federal Correctional Complex USP-1
P.O. Box 1033
Coleman, Florida [33521-1033]

Jessica J. Lyublanovitz, Office of Clerk of Court
United States District Court Northern Florida Tallahassee Division
111 North Adams Street, 3rd Floor
Tallahassee, Florida 32301

32301-773097

FCC COLEMAN
[ILLEGIBLE].COM
846 N.E. 54TH TERR
COLEMAN, FLORIDA
33521

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING. THE LETTER HAS BEEN NEITHER OPENED OR INSPECTED. IF THE WRITER RAISES A QUESTION OR A PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MAIL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESSEE.

DATE _____ MAIL ROOM STAFF

RECEIVED
JAN 11 2019