# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

On Petition For Writ of Certiorari to 11th Circuit Appeal Numbers: 18-10460*, 18-10060*

Gullett, Taquan; Son, On Behalf of Mother; Hephzibah, Syteria,
 In Propria Persona, Claimant, Affiant.

V.

Coil, Craig; personal private capacity,
*McNeil, Walt; personal private capacity,*
Campbell, Joetta; personal private capacity,
Anderson, Irish; personal private capacity,
Donar, Cedric; personal private capacity,
Dempsey, Angela Cote; personal private capacity,
Hassler, Sara; personal private capacity,
Marshall, Gwen; personal private capacity,
Watson, Kim Lee; personal private capacity,
Haskett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Loesch, Sheryl; personal private capacity,
Hammer, Michael; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B.; personal private capacity,
Muldrow, W. Stephen; personal private capacity,
Richardson, Monte C.; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Howard, Marcia Morales; personal private capacity,

   Respondent(s).

Claim Number: 4:17-cv-00532-WS-CJK
USPO Certified Mail #: 7015 3430 0000 1203 5624

**JUDICIAL NOTICE OF ADJUDICATIVE FACTS:**

NOTICE OF CHANGE OF ADDRESS / LOCATION
[by Genocide, Kidnapping/Abduction, Human Trafficking, Slavery, Unlawful Detainment, False Imprisonment]

In accord with:
- Universal Declaration of Human Rights (1948)*
- United Nations Declaration of Independence to Colonial* Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960
- United Nations Declaration on the Rights of* Indigenous [Autochthonous] Peoples (2007)
- Madrid Convention for Protection in Morocco (1880)*
- Treaty of Peace and Friendship (1787)*
- Hague Evidence Convention [23 U.S.T. 2555, T.I.A.S. No. 7444] Articles 1, 3, 4, 42 codified at [28 U.S.C. § 1781]
- Organic Constitution for the united states of America (1787) codified at [22 C.F.R. §§ 92.54, 92.66(0); Fed.R.Ev. 201, 902(10)]
- ROME STATUTE
- Statute of the International Court of Justice
- Statute of the International Criminal Court

"Habeas Corpus Natural Equity Claim"
CONTRACT UNDER SEAL

NOTICE TO AGENT IS NOTICE TO PRINCIPAL ~ NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

Case 4:17-cv-00582-WS-CJK Document 44 Filed 05/01/19 Page 2 of 6

Bismillah-ir-Rahman-ir-Rahim (In the name of Allah, Most Gracious, Most Merciful)

1. On the record and for the record, present is Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El; General Executor/General Executrix - Caveator/Caveatrix for Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association Testamentary Trust [*TAQUAN GULLETT ESTATE/SYTERIA LAWRENCE ESTATE - Unified*], hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity in accord with the meaning of [8 U.S.C. §1101 - Alien(s), Alien (Foreign) Estate(s); and 18 U.S.C. §§ 1116(b)(1),(2),(3),(4) - Alien (Foreign) Government, Alien (Foreign) Official(s), Internationally Protected Person(s), Family]; irrespective of recognition by the United States [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court TAQUAN GULLETT ESTATE NOTICE OF TRUST #16-2017-CP-001286/SYTERIA LAWRENCE ESTATE NOTICE OF TRUST #16-2017-CP-001287; TAQUAN GULLETT ESTATE CAVEAT #16-2017-CP-001025/SYTERIA LAWRENCE ESTATE CAVEAT #16-2017-CP-001020; TAQUAN GULLETT ESTATE Personal Replevin Claim #16-2017-CA-002142/SYTERIA LAWRENCE ESTATE Personal Replevin Claim #16-2017-CA-002144].

2. AAMARU Religious Consul Association-Testamentary Trust Situs domicile is in Molly's Garden Countee, Timucuan, Al Andalusia, Northwest Amexem [Al-Aqsa Al-Maghrib] (Morocco).

3. It is Affiant's and Affiant's Mother's honor to direct the courts' attention to take JUDICIAL NOTICE of the following adjudicative facts [Federal Rules of Evidence 201, 902(10)]:

- On or about [12 Shaban 1440 G.C.Y. 2019 - April, 17], Affiant's Address/Location changed by means of Genocide, Kidnapping/Abduction, Human Trafficking, Slavery, Unlawful Detainment, and False Imprisonment from Respondent *Cheatham, R.C.; FCC Coleman USP-1; P.O. Box 1033; Coleman, Florida [33521] to Respondent *Yates, J.P.; FCI Coleman Medium; P.O. Box 1032; Coleman, Florida [33521].

I declare and affirm under penalty of perjury under the Universal Law of Allah, and under the laws of the United States, that the foregoing is true, correct, and complete [28 U.S.C. §1746; Fed.R.Ev. 902(10)].

17 Shaban 1440
[G.C.Y. 2019 - April, 22]

<u>Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend)</u>
Maalik Taquan Rahshe Gullett El: General Executor-Caveator for Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association Testamentary Trust

Political Prisoner of War for National Liberation from Colonialism
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Institution Coleman Medium; P.O. Box 1032; Coleman, Florida [33521]

## Certificate of Service

I, Taquan Gullett, also called Maalik Rahshe El; Son, On Behalf of Mother: Syteria Hephzibah, also called Highly Favored Shekinah El; General Executor/General Executrix-Caveator/Caveatrix for Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association Testamentary Trust [*TAQUAN GULLETT ESTATE/SYTERIA LAWRENCE ESTATE-Unified*], competent Natural Man/Woman of majority, do certify and affirm that on or about the <u>Seventeenth</u> day of <u>Shaban</u> in the year of Our Lord Allah Fourteen Hundred Forty (1440) [G.C.Y. 2019-April, 22], the following document(s) were mailed by U.S Postal Mail First-Class Postage Pre-Paid:

1. JUDICIAL NOTICE OF ADJUDICATIVE FACTS [Fed.R.Ev. 201; 902(10)]: NOTICE OF CHANGE OF ADDRESS/LOCATION [by Genocide, Kidnapping/Abduction, Human Trafficking, Slavery, Unlawful Detainment, and False Imprisonment] to Respondent *<u>Yates, J.P.</u>*: FCI Coleman Medium; P.O. Box 1032; Coleman, Florida [33521].

All document(s) and/or Judicial Notice are included to:
A. Jessica J. Lyublanovitz, Office of Clerk of Court; U.S.D.C. Northern Florida Tallahassee Division: <u>111 North Adams Street, 3rd Floor; Tallahassee, Florida 32301</u>

B. Noel J. Francisco, Office of Solicitor General; U.S. Department of Justice: <u>950 Pennsylvania Avenue, NW; Washington, District of Columbia 20530</u>

C. International Court of Justice: <u>Peace Place, Carnegieplein 2; 2517 KJ; The Hague; The Netherlands</u>
D. International Criminal Court: <u>Oude Waalsdorperweg 10; 2597 AK; Den Haag; Netherlands</u>

E. Consulate General Mr. Mohammed Ben Abdeljalil
   Consulate General of the Kingdom of Morocco in the United States: <u>10 East 40th Street; New York, New York 10016</u>

F. Rachid Zein, Counselor in Charge of the Consular Section
   Embassy of the Kingdom of Morocco: <u>1211 Connecticut Avenue, N.W.; Suite 312; Washington, District of Columbia 20036</u>

G. José Ramon Cabañas Rodriguez, Ambassador
   Cuban Embassy in Washington, D.C.: <u>2630 16th Street; Washington, District of Columbia 20009</u>

H. The Office of the High Commissioner for Human Rights (OHCHR-UNOG):
8-14 Avenue de la Paix, 1211 Geneva 10, Switzerland

I. Zeid Ra'ad Al Hussein; United Nations High Commissioner for Human Rights (ONCHR):
ONCHR in New York / U.N. Headquarters; New York, New York 10017

J. Vice Admiral James Crawford, III; Judge Advocate General Navy
Rear Admiral John G. Hannik; Deputy Judge Advocate General Navy:
1322 Patterson Avenue, Suite 3000; Washington Navy Yard, District of Columbia 20374-5066

K. *① McNeil, Walt; personal private capacity: 2825 Municipal Way; Tallahassee, Florida 32304 *

L. ② Dempsey, Angela Cote; ③ Hassler, Sara; ④ Marshall, Gwen: 301 S. Monroe Street, Tallahassee, Florida 32301

M. ⑤ Coil, Craig; ⑥ Campbell, Joetta: 501 Capital Circle, NE; Tallahassee, Florida 32301-3558

N. ⑦ Lyublanovitz, Jessica J.; ⑧ Stafford, William; ⑨ Kahn, Jr. Charles J.:
U.S.D.C. Northern Florida Tallahassee Division; 111 North Adams Street, 3rd Floor; Tallahassee, Florida 32301

O. ⑩ Smith, David J.; ⑪ Young, Dionne S.:
Eleventh Circuit Court of Appeals; 56 Forsyth Street, NW; Atlanta, Georgia 30303

P. ⑫ Anderson, Irish; ⑬ Donor, Cedric; ⑭ Watson, Kim Lee; ⑮ Haskett, James; ⑯ Sheridan, Patrick; ⑰ Loesch, Sheryl;
⑱ Hammer, Michael; ⑲ Knox, Penelope; ⑳ Corsmeier, Arnold B.; ㉑ Richardson, Monte C.; ㉒ Klindt, James R.;
㉓ Corrigan, Timothy J.; ㉔ Howard, Marcia Morales:
300 North Hogan Street, Suite 700 / 9-150; Jacksonville, Florida 32202

Q. ㉕ Muldrow, W. Stephen: 400 North Tampa Street, Suite 3200; Tampa, Florida 33602


_Maalik Taquan Rahshe Bullett El, Autochthonous American Moor Alien Friend_
Maalik Taquan Rahshe Bullett El; General Executor-Caveator for Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association Testamentary Trust

Political Prisoner of War for National Liberation from Colonialism
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Institution Coleman Medium; P.O. Box 1032; Coleman, Florida [33521]
4 of 4

Taquan Guilett (62013-018)
Federal Correctional Institution Coleman Medium
P.O. Box 1032
Coleman, Florida [33521]







MAY 0 1 2019

Jessica J. Lyublanovitz, Office of Clerk of Court
U.S.D.C. Northern Florida Tallahassee Division
111 North Adams Street, 3rd Floor
Tallahassee, Florida 32301



3230187730 C001

